Activity in Case 1:09-cv-10155-SAS Software Freedom Conservancy, Inc. v. Best Buy Co., Inc. et al Appeal Record Sent to USCA - Electronic File
NYSD_ECF_Pool
to:
CourtMail
09/08/2011 09:38 AM
Show Details

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Southern District of New York**

**Notice of Electronic Filing**

The following transaction was entered on 9/8/2011 at 9:36 AM EDT and filed on 9/8/2011
**Case Name:**    Software Freedom Conservancy, Inc. v. Best Buy Co., Inc. et al
**Case Number:**    1:09-cv-10155-SAS
**Filer:**
**Document Number:**No document attached

**Docket Text:**
**Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for [189] Declaration in Support of Motion filed by Erik Andersen, Software Freedom Conservancy, Inc., [199] Transcript,, [192] Endorsed Letter, Set Deadlines/Hearings,,,, [197] MOTION for Michael Andrew Spiegel to Withdraw as Attorney. filed by Software Freedom Conservancy, Inc., [212] Transcript,, [209] Stipulation and Order, [181] Declaration in Opposition to Motion filed by Best Buy Co., Inc., [194] Endorsed Letter, Set Deadlines/Hearings,,,, [207] Notice of Appearance filed by ZYXEL Communications Inc., [216] Memo Endorsement, Terminate Motions,,,, [205] MOTION for Aaron Kyle Williamson to Withdraw as Attorney. filed by Erik Andersen, Software Freedom Conservancy, Inc., [187] Declaration in Opposition to Motion, filed by Westinghouse Digital, LLC, [190] Declaration in Support of Motion, filed by Erik Andersen, Software Freedom Conservancy, Inc., [179] Declaration in Opposition to Motion, filed by Best Buy Co., Inc., [184] Declaration in Opposition to Motion filed by Phoebe Micro, Inc., [210] Endorsed Letter, Set Scheduling Order Deadlines,, [185] Memorandum of Law in Opposition to Motion filed by Westinghouse Digital, LLC, [174] USCA Order, [166] Declaration in Support of Motion filed by Erik Andersen, Software Freedom Conservancy, Inc., [218] Notice of Filing Transcript, [217] Transcript,, [178] Memorandum of Law in Opposition to Motion filed by Best Buy Co., Inc., [164] Memorandum of Law in Support of Motion filed by Erik Andersen, Software Freedom**

Conservancy, Inc., [214] Endorsed Letter, [203] Declaration in Support of Motion filed by Erik Andersen, Software Freedom Conservancy, Inc., [173] Memorandum of Law in Support of Motion filed by Erik Andersen, Software Freedom Conservancy, Inc., [163] MOTION for Preliminary Injunction. filed by Erik Andersen, Software Freedom Conservancy, Inc., [182] Notice of Appearance filed by Phoebe Micro, Inc., [211] Memorandum & Opinion,, [162] Notice of Voluntary Dismissal - Signed, [165] Declaration in Support of Motion filed by Erik Andersen, Software Freedom Conservancy, Inc., [213] Notice of Filing Transcript, [215] Memo Endorsement, [191] Reply Memorandum of Law in Support of Motion filed by Erik Andersen, Software Freedom Conservancy, Inc., [202] MOTION for Mishi Choudhary to Withdraw as Attorney. filed by Erik Andersen, Software Freedom Conservancy, Inc., [188] Reply Memorandum of Law in Support of Motion filed by Erik Andersen, Software Freedom Conservancy, Inc., [175] Order, Set Motion and R&R Deadlines/Hearings,,, [200] Notice of Filing Transcript, [193] Memorandum & Opinion, [169] Order on Motion to Withdraw, [204] Stipulation and Order of Voluntary Dismissal, [195] Notice of Voluntary Dismissal - Signed, [219] Notice of Appeal filed by Westinghouse Digital, LLC, [168] Rule 7.1 Corporate Disclosure Statement filed by Phoebe Micro, Inc., [206] Declaration in Support of Motion filed by Erik Andersen, Software Freedom Conservancy, Inc., [201] USCA Mandate,, [180] Declaration in Opposition to Motion filed by Best Buy Co., Inc., [172] MOTION Finding of Contempt re: [171] MOTION Finding of Contempt.. filed by Erik Andersen, Software Freedom Conservancy, Inc., [186] Declaration in Opposition to Motion filed by Westinghouse Digital, LLC, [183] Response in Opposition to Motion, filed by Phoebe Micro, Inc., [208] Endorsed Letter, Set Hearings,, [167] Answer to Complaint filed by Phoebe Micro, Inc., [198] Declaration in Support of Motion filed by Software Freedom Conservancy, Inc., [112] MOTION for Default Judgment as to Westinghouse Digital Electronics, LLC. MOTION for Summary Judgment against Westinghouse Digital Electronics, LLC. filed by Erik Andersen, Software Freedom Conservancy, Inc., [8] Certificate of Service Complaints filed by Humax USA Inc., [139] Certificate of Service Other, filed by Erik Andersen, Software Freedom Conservancy, Inc., [64] Answer to Complaint, Counterclaim filed by Best Buy Co., Inc., [1] Complaint, filed by Software Freedom Conservancy, Inc., [48] Stipulation and Order, Set Deadlines/Hearings, [140] Certificate of Service Other, filed by Erik Andersen, Software Freedom Conservancy, Inc., [33] Stipulation and Order, Set Deadlines/Hearings, [87] Stipulation and Order, [42] Order Admitting Attorney Pro Hac Vice, [81] Rule 7.1 Corporate Disclosure Statement filed by Comtred Corporation, [103] Stipulation and Order of Dismissal, [95] Stipulation and Order, [96] Stipulation and Order, [23] Stipulation and Order, Set Deadlines, [39] Notice of Appearance filed by Humax USA Inc., [17] Notice of Appearance filed by Dobbs-Stanford Corporation, [83] Rule 7.1 Corporate Disclosure Statement filed by ZYXEL Communications Inc., [34] Stipulation and Order, Set Deadlines/Hearings, [50] Endorsed Letter, [56] Notice of Appearance filed by Best Buy Co., Inc., [54] Order Referring Case to Magistrate Judge, [15] Notice of Appearance filed by Comtred Corporation, [63] Rule 7.1 Corporate Disclosure Statement filed by Best Buy Co., Inc., [149] Memorandum of Law in Opposition to Motion, filed by Westinghouse Digital, LLC, [27] Certificate of Service Complaints filed by Software Freedom Conservancy, Inc., [122] MOTION for Shiou-Jin Christine Hwang Yang to Appear Pro Hac Vice filed by ZYXEL Communications Inc., [74] Rule 7.1 Corporate Disclosure Statement filed by Western Digital Technologies, Inc., [104] Order, Set Hearings, [24] Stipulation and Order, Set Deadlines, [2] Rule 7.1 Corporate Disclosure Statement filed by Software Freedom Conservancy, Inc., [77] Answer to Complaint filed by ZYXEL Communications Inc., [41] Notice of Appearance filed by Phoebe Micro, Inc., [49] Stipulation and Order, Set Deadlines, [94] Stipulation and Order, [115] Declaration

in Support of Motion, filed by Erik Andersen, Software Freedom Conservancy, Inc., [46] Order Admitting Attorney Pro Hac Vice, [153] Declaration in Opposition to Motion filed by Credit Managers Association of California, [72] Rule 7.1 Corporate Disclosure Statement filed by Dobbs-Stanford Corporation, [130] Memorandum of Law in Opposition to Motion filed by Erik Andersen, Software Freedom Conservancy, Inc., [13] Certificate of Service Complaints filed by Software Freedom Conservancy, Inc., [85] Stipulation and Order, Set Deadlines, [136] Protective Order, [30] Stipulation and Order, Set Deadlines/Hearings, [144] Notice of Voluntary Dismissal - Signed, [62] Answer to Complaint filed by Westinghouse Digital Electronics, LLC, [25] Certificate of Service Complaints filed by Software Freedom Conservancy, Inc., [88] Stipulation and Order, Set Deadlines, [156] Declaration in Support of Motion filed by Erik Andersen, Software Freedom Conservancy, Inc., [61] Rule 7.1 Corporate Disclosure Statement filed by Westinghouse Digital Electronics, LLC, [18] Notice of Appearance filed by Dobbs-Stanford Corporation, [92] Stipulation and Order, Set Deadlines/Hearings, [58] Notice of Appearance filed by Best Buy Co., Inc., [55] Notice of Appearance filed by Versa Technology Inc., [108] Endorsed Letter, Set Deadlines/Hearings, [127] MOTION for Kyle Bradford Fleming; Sarah Bawany Yousuf to Withdraw as Attorney. filed by Westinghouse Digital Electronics, LLC, [109] Stipulation and Order of Dismissal, [22] Stipulation and Order, Set Deadlines, [101] Rule 7.1 Corporate Disclosure Statement filed by Samsung Electronics America, Inc., [138] Certificate of Service Other, filed by Erik Andersen, Software Freedom Conservancy, Inc., [161] Notice of Appeal filed by Erik Andersen, Software Freedom Conservancy, Inc., [19] Stipulation and Order, Set Deadlines/Hearings, [47] Endorsed Letter, [126] Stipulation and Order of Dismissal, Add and Terminate Parties, [160] Notice of Voluntary Dismissal - Signed, [110] Stipulation and Order of Dismissal, [84] Notice of Voluntary Dismissal - Signed, [146] Memorandum of Law in Opposition to Motion filed by Credit Managers Association of California, [98] Order Admitting Attorney Pro Hac Vice, [129] Declaration in Support of Motion, filed by Westinghouse Digital Electronics, LLC, [66] Answer to Complaint filed by Versa Technology Inc., [116] Declaration in Support of Motion, filed by Erik Andersen, Software Freedom Conservancy, Inc., [145] Stipulation and Order of Dismissal, [141] Memo Endorsement, [5] Certificate of Service Complaints filed by Software Freedom Conservancy, Inc., [119] Notice of Appearance filed by Best Buy Co., Inc., [137] Endorsed Letter, Set Deadlines, [4] Certificate of Service Complaints filed by Software Freedom Conservancy, Inc., [133] MOTION for Joinder. filed by Erik Andersen, Software Freedom Conservancy, Inc., [79] Answer to Complaint filed by Humax USA Inc., [9] Certificate of Service Complaints filed by Software Freedom Conservancy, Inc., [67] Answer to Complaint filed by Robert Bosch LLC, [128] Memorandum of Law in Support of Motion filed by Westinghouse Digital Electronics, LLC, [51] Notice of Appearance filed by Westinghouse Digital Electronics, LLC, [28] Stipulation and Order, Set Deadlines/Hearings, [124] MOTION to Withdraw [122] MOTION for Shiou-Jin Christine Hwang Yang to Appear Pro Hac Vice filed by ZYXEL Communications Inc., [57] Notice of Appearance filed by Best Buy Co., Inc., [68] Rule 26 Disclosure filed by Robert Bosch LLC, [102] Answer to Complaint filed by Samsung Electronics America, Inc., [36] Notice of Appearance filed by Astak Inc., [11] Certificate of Service Complaints filed by Software Freedom Conservancy, Inc., [147] Declaration in Opposition to Motion filed by Credit Managers Association of California, [75] Answer to Complaint filed by Comtred Corporation, [157] Certificate of Service Other filed by Credit Managers Association of California, [89] Stipulation and Order, Set Deadlines/Hearings, [142] Stipulation and Order, [135] Declaration in Support of Motion filed by Erik Andersen, Software Freedom Conservancy, Inc., [76] Answer to Complaint filed by Astak Inc., [65] Rule 7.1 Corporate Disclosure Statement filed by Robert Bosch LLC, [43] Order Admitting Attorney Pro Hac

Vice, [6] Certificate of Service Complaints filed by Software Freedom Conservancy, Inc., [37] Notice of Appearance filed by Western Digital Corporation, [71] Rule 7.1 Corporate Disclosure Statement filed by Versa Technology Inc., [44] Notice of Appearance filed by JVC Americas Corporation, [14] Certificate of Service Complaints filed by Software Freedom Conservancy, Inc., [155] Reply Memorandum of Law in Support of Motion filed by Erik Andersen, Software Freedom Conservancy, Inc., [70] Answer to Complaint filed by JVC Americas Corporation, [35] Order for Initial Pretrial Conference, [38] Notice of Appearance filed by JVC Americas Corporation, [7] Certificate of Service Complaints filed by Software Freedom Conservancy, Inc., [26] Certificate of Service Complaints filed by Software Freedom Conservancy, Inc., [148] Declaration in Opposition to Motion, filed by Credit Managers Association of California, [114] Rule 56.1 Statement filed by Erik Andersen, Software Freedom Conservancy, Inc., [45] Order Admitting Attorney Pro Hac Vice, [158] Scheduling Order, [32] Notice of Appearance filed by Westinghouse Digital Electronics, LLC, [100] Notice of Appearance filed by Western Digital Corporation, [60] Stipulation and Order, Set Deadlines/Hearings, [125] Order on Motion to Appear Pro Hac Vice, [73] Answer to Complaint filed by Dobbs-Stanford Corporation, [143] Order Admitting Attorney Pro Hac Vice, [106] Order Admitting Attorney Pro Hac Vice, [52] Stipulation and Order, Set Deadlines, [154] Notice of Change of Address filed by Best Buy Co., Inc., [53] Scheduling Order, [159] Memorandum & Opinion, [134] Memorandum of Law in Support of Motion filed by Erik Andersen, Software Freedom Conservancy, Inc., [29] Stipulation and Order, Set Deadlines, [40] Notice of Appearance filed by Humax USA Inc., [121] Endorsed Letter, [3] Stipulation and Order, Set Deadlines/Hearings, [10] Certificate of Service Complaints filed by Software Freedom Conservancy, Inc., [99] Order Admitting Attorney Pro Hac Vice, [91] Stipulation and Order, Set Deadlines/Hearings, [151] Certificate of Service Other, filed by Credit Managers Association of California, [90] Stipulation and Order, [117] Declaration in Support of Motion, filed by Erik Andersen, Software Freedom Conservancy, Inc., [21] Stipulation and Order, Set Deadlines, [82] Rule 7.1 Corporate Disclosure Statement filed by Astak Inc., [113] Memorandum of Law in Support of Motion, filed by Erik Andersen, Software Freedom Conservancy, Inc., [86] Stipulation and Order, Set Deadlines/Hearings, [80] Answer to Counterclaim filed by Humax USA Inc., [16] Notice of Appearance filed by ZYXEL Communications Inc., [123] Stipulation of Voluntary Dismissal, filed by Erik Andersen, Software Freedom Conservancy, Inc., [97] Answer to Counterclaim filed by Erik Andersen, Software Freedom Conservancy, Inc., [20] MOTION for Extension of Time to File Answer. filed by Best Buy Co., Inc., [152] Notice of Change of Address filed by Best Buy Co., Inc., [12] Certificate of Service Complaints filed by Software Freedom Conservancy, Inc., [31] Notice of Appearance filed by Western Digital Corporation, [78] Answer to Complaint filed by Western Digital Technologies, Inc., [93] Stipulation and Order, [59] Notice of Appearance filed by Best Buy Co., Inc., [150] Order Admitting Attorney Pro Hac Vice, [69] Rule 7.1 Corporate Disclosure Statement filed by JVC Americas Corporation, [132] Order, [120] Notice of Appearance filed by Best Buy Co., Inc., [107] Order Admitting Attorney Pro Hac Vice, [105] Endorsed Letter, Set Deadlines/Hearings, [111] Order of Dismissal, [131] Memorandum & Opinion were transmitted to the U.S. Court of Appeals. (nd)

**1:09-cv-10155-SAS Notice has been electronically mailed to:**

David Lawrence Yohai david.yohai@weil.com, David.Yolkut@weil.com, MCO.ECF@weil.com, jeffrey.osterman@weil.com

David Leichtman dleichtman@rkmc.com

Hillel Ira Parness hiparness@rkmc.com

Michael Maras Ratoza michael.ratoza@bullivant.com, mollie.roberts@bullivant.com, portlanddocketing@bullivant.com

Ognjan Varbanov Shentov ovshentov@jonesday.com, dpjacobson@jonesday.com

Brian Scott Cohen brian@cohenlg.com

Michael T. Mervis mmervis@proskauer.com, LSOSDNY@proskauer.com

Andrew Lawrence Deutsch andrew.deutsch@dlapiper.com, DocketingNewYork@dlapiper.com

Kyle Bradford Fleming kfleming@rennerotto.com, ebatts@rennerotto.com, jwheeler@rennerotto.com, ngingo@rennerotto.com

Kevin P. Simmons (Terminated) ksimmons@sjslaw.com

Eugene M. Pak eugene.pak@dlapiper.com

Lynn Michelle Marvin lmarvin@JonesDay.com, dpjacobson@jonesday.com

Emmett J. McMahon ejmcmahon@rkmc.com, jajasper@rkmc.com, lhbuck@rkmc.com

Oren Dov Langer odlanger@rkmc.com

Stela Cristina Tipi schincisan@jonesday.com

Emily Bab Kirsch ekirsch@reedsmith.com

Daniel Ben Ravicher ravicher@gmail.com

Sarah Hawa Bawany Yousuf syousuf@kanekessler.com

Jason Wesley Creech (Terminated) jcreech@sjslaw.com

David Efrem Yolkut david.yolkut@weil.com

Michael Andrew Spiegel mspiegel@airpost.net

Andrew Paul Valentine andrew.valentine@dlapiper.com, shelley.barajas@dlapiper.com

Sharon E. Roberg-Perez seroberg-perez@rkmc.com, bjpeterson@rkmc.com

**1:09-cv-10155-SAS Notice has been delivered by other means to:**

Christopher K Larus
Robins, Kaplan, Miller & Ciresi L.L.P.
800 LaSalle Avenue, Suite 2800

Case 11-3639, Document 3-1, 09/09/2011, 388040, Page6 of 40

Minneapolis, MN 55402

Mark W. Yocca
The Yocca Law Firm LLP
19900 MacArthur Blvd., Suite 650
Irvine, CA 92612

Nicole E. Kopinski
Robins, Kaplan, Miller & Ciresi L.L.P. (MN)
2800 LaSalle Plaza, 800 LaSalle Avenue
Minneapolis, MN 55402

Paul Kim
The Yocca Law Firm LLP
19900 MacAruthur Blvd
Suite 650
Irnvine, CA 92612

Shiou- Jin Christine Hwang Yang
Law Offices of S.J. Christine Yang
17220 Newhope Street, Suite 101-102
Fountain Valley, CA 92708

APPEAL, CASREF, ECF, REOPEN

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:09-cv-10155-SAS

Software Freedom Conservancy, Inc. v. Best Buy Co., Inc.
et al
Assigned to: Judge Shira A. Scheindlin
Referred to: Magistrate Judge Gabriel W. Gorenstein
(Settlement)
Cause: 17:501 Copyright Infringement

Date Filed: 12/14/2009
Jury Demand: Defendant
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

**Plaintiff**

| | | |
|---|---|---|
| **Software Freedom Conservancy, Inc.** | represented by | **Aaron Kyle Williamson** |

Software Freedom Law Center, Inc
1995 Broadway, 17th Fl.
New York, NY 10023
212 580 0800
Fax: (212)-580-0898
Email: aaronw@softwarefreedom.org
*TERMINATED: 08/26/2011*
*LEAD ATTORNEY*

**Daniel Ben Ravicher**
Benjamin N. Cardozo School of Law
1995 Broadway
17th Floor
New York, NY 10023
212 580 0800
Fax: 212 580 0898
Email: ravicher@yu.edu
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Andrew Spiegel**
Software Freedom Law Center [
1995 Broadway
New York, NY 10023
212 580 0800
Fax: (212)-580-0898
Email: mspiegel@softwarefreedom.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mishi Choudhary**
Software Freedom Law Center, Inc
1995 Broadway, 17th Fl.
New York, NY 10023

Case 11-3639, Document 3-1, 09/09/2011, 388040, Page8 of 40

212 580 0800
Fax: (212)-580-0898
Email: mishi@softwarefreedom.org
*TERMINATED: 08/26/2011*
*LEAD ATTORNEY*

**Plaintiff**

**Erik Andersen**                   represented by   **Daniel Ben Ravicher**
                                                     Benjamin N. Cardozo School of Law
                                                     55 Fifth Avenue
                                                     New York, NY 10003
                                                     (212) 790-0442
                                                     Fax: (212) 591-6038
                                                     Email: ravicher@yu.edu
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Best Buy Co., Inc.**              represented by   **David Leichtman**
*TERMINATED: 06/14/2011*                             Robins, Kaplan, Miller & Ciresi, LLP
                                                     (NYC)
                                                     601 Lexington Avenue, Suite 3400
                                                     New York, NY 10022
                                                     (212) 980-7400
                                                     Fax: (212) 980-7499
                                                     Email: dleichtman@rkmc.com
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Emmett J. McMahon**
                                                     Robins Kaplan Miller & Ciresi(MN)
                                                     800 La Salle Avenue, Ste. 2500
                                                     Minneapolis, MN 55402
                                                     (612) 349-8500
                                                     Fax: (612)-339-4181
                                                     Email: ejmcmahon@rkmc.com
                                                     *LEAD ATTORNEY*
                                                     *PRO HAC VICE*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Hillel Ira Parness**
                                                     Robins, Kaplan, Miller & Ciresi, LLP
                                                     601 Lexington Avenue, Suite 3400
                                                     New York, NY 10022
                                                     (212) 980-7400
                                                     Fax: (212) 980-7499
                                                     Email: hiparness@rkmc.com
                                                     *LEAD ATTORNEY*

Case 11-3639, Document 3-1, 09/09/2011, 388040, Page9 of 40

*ATTORNEY TO BE NOTICED*

**Kevin P. Simmons**
Simmons, Jannace, LLP
115 Eileen Way
Suite 103
Syosset, NY 11791-5314
516 357-8100
Fax: 516 357-8111
Email: ksimmons@sjslaw.com
*TERMINATED: 08/26/2010*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Oren Dov Langer**
Robins, Kaplan, Miller & Ciresi, LLP
(NYC)
601 Lexington Avenue, Suite 3400
New York, NY 10022
(212) 935-4725
Fax: (212)-309-6001
Email: odlanger@rkmc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher K Larus**
Robins, Kaplan, Miller & Ciresi L.L.P.
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
(612)-349-8500
Fax: (612)-339-4181
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jason Wesley Creech**
Simmons, Jannace, LLP
115 Eileen Way
Suite 103
Syosset, NY 11791-5314
(516) 357-8100
Fax: (516) 357-8111
Email: jcreech@sjslaw.com
*TERMINATED: 08/26/2010*

**Nicole E. Kopinski**
Robins, Kaplan, Miller & Ciresi L.L.P.
(MN)
2800 LaSalle Plaza, 800 LaSalle
Avenue
Minneapolis, MN 55402

Case 11-3639, Document 3-1, 09/09/2011, 388040, Page10 of 40

(612) 349-8500
Fax: (612) 339-4181
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sharon E. Roberg-Perez**
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 Lasalle Plaza, 800 Lasalle Avenue

Minneapolis, MN 55402
(612)-349-8500
Fax: (612)-339-4181
Email: seroberg-perez@rkmc.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Samsung Electronics America, Inc.**          represented by  **Michael Maras Ratoza**
*TERMINATED: 05/11/2010*                                       Bullivant Houser Bailey PC
                                                               888 S.W. Fifth Ave., Ste. 300
                                                               Portland, OR 97204
                                                               503 228 6351
                                                               Fax: 503 295 0915
                                                               Email: michael.ratoza@bullivant.com
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**Westinghouse Digital Electronics,**          represented by  **Kyle Bradford Fleming**
**LLC**                                                        Baker & Daniels
                                                               111 East Wayne Street,
                                                               Suite 800
                                                               Fort Wayne, IN 46802
                                                               216-861-7374
                                                               Fax: 216-373-6557
                                                               Email: kfleming@rennerotto.com
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Sarah Hawa Bawany Yousuf**
                                                               Balber, Pickard, Battistoni, Maldonado,
                                                               & Van Der Tuin
                                                               1370 Avenue of the Americas
                                                               New York, NY 10019
                                                               (212)-246-2400
                                                               Fax: (212)-765-4212
                                                               Email: syousuf@kanekessler.com
                                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**JVC Americas Corporation**                   represented by  **David Lawrence Yohai**

*TERMINATED: 12/13/2010*

Weil, Gotshal & Manges LLP (NYC)
767 Fifth Avenue, 25th Fl.
New York, NY 10153
(212)3108000
Fax: (212) 310-8007
Email: david.yohai@weil.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Efrem Yolkut**
Weil, Gotshal & Manges LLP (NYC)
767 Fifth Avenue, 25th Fl.
New York, NY 10153
(212)-310-8405
Fax: (212)-310-8007
Email: david.yolkut@weil.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Western Digital Technologies, Inc.**        represented by  **Lynn Michelle Marvin**
*TERMINATED: 05/12/2011*                                      Jones Day (NYC)
222 East 41st Street
New York, NY 10017
(212)-326-3978
Fax: (212)-755-7306
Email: lmarvin@JonesDay.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Robert Bosch LLC**                          represented by  **Judith Shulman Roth**
*TERMINATED: 09/13/2010*                                      Schiff Hardin LLP
666 Fifth Ave., 17th Floor
New York, NY 10103
(212)-753-5000
Fax: (212)-753-5044
Email: jroth@schiffhardin.com

**Defendant**

**Phoebe Micro, Inc.**                        represented by  **Andrew Kaver**
(212)-897-5803
Fax: (212)-897-5833
Email: andy@kaverlaw.com
*LEAD ATTORNEY*

**Brian Scott Cohen**
Cohen Law Group, P.C.
1220 Broadway, Suite 708
New York, NY 10001
(212)-967-2879
Fax: (646)-349-2567

Case 11-3639, Document 3-1, 09/09/2011, 388040, Page12 of 40

Email: brian@cohenlg.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Humax USA Inc.**                represented by   **Airina Lynn Rodrigues**
*TERMINATED: 06/23/2010*                          DLA Piper
                                                  1251 Avenue of The Americas
                                                  New York, NY 10020
                                                  (212)-335-4673
                                                  Fax: (917)-778-8673
                                                  Email: airina.rodrigues@dlapiper.com
                                                  *LEAD ATTORNEY*

                                                  **Andrew Paul Valentine**
                                                  DLA Piper LLP
                                                  2000 University Avenue
                                                  East Palo Alto, CA 94303
                                                  (650)-833-2065
                                                  Fax: (650)-833-2001
                                                  Email: andrew.valentine@dlapiper.com

                                                  *LEAD ATTORNEY*
                                                  *PRO HAC VICE*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Eugene M. Pak**
                                                  DLA Piper US LLP (San Francisco)
                                                  153 Townsend Street
                                                  Suite 800
                                                  San Francisco, CA 94107
                                                  (415836-2500
                                                  Fax: (415)836-2501
                                                  Email: eugene.pak@dlapiper.com
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Andrew Lawrence Deutsch**
                                                  DLA Piper US LLP (NY)
                                                  1251 Avenue of the Americas
                                                  New York, NY 10020
                                                  (212) 335-4500
                                                  Fax: (212) 335-4501
                                                  Email: andrew.deutsch@dlapiper.com
                                                  *ATTORNEY TO BE NOTICED*

**Defendant**

**Comtred Corporation**           represented by   **Emily Bab Kirsch**
*TERMINATED: 04/06/2010*                          Reed Smith (NYC)
                                                  599 Lexington Avenue
                                                  New York, NY 10022

(212)-521-5400
Fax: (212)-521-5450
Email: ekirsch@reedsmith.com
*LEAD ATTORNEY*

**Defendant**

**Dobbs-Stanford Corporation**                 represented by    **Justin F. Heinrich**
*TERMINATED: 05/12/2010*                                         Proskauer Rose LLP (NY)
                                                                 11 Times Square
                                                                 New York, NY 10036
                                                                 (212)-969-3277
                                                                 Fax: (212)-969-2900
                                                                 Email: jheinrich@proskauer.com
                                                                 *TERMINATED: 08/18/2010*
                                                                 *LEAD ATTORNEY*

                                                                 **Michael T. Mervis**
                                                                 Proskauer Rose LLP (NY)
                                                                 11 Times Square
                                                                 New York, NY 10036
                                                                 (212) 969-3565
                                                                 Fax: (212)-969-2900
                                                                 Email: mmervis@proskauer.com
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**Versa Technology Inc.**                      represented by    **Mark W. Yocca**
*TERMINATED: 01/18/2011*                                         The Yocca Law Firm LLP
                                                                 19900 MacArthur Blvd., Suite 650
                                                                 Irvine, CA 92612
                                                                 (949) 253-0800
                                                                 *LEAD ATTORNEY*
                                                                 *PRO HAC VICE*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Paul Kim**
                                                                 The Yocca Law Firm LLP
                                                                 19900 MacAruthur Blvd
                                                                 Suite 650
                                                                 Irnvine, CA 92612
                                                                 (949)-253-0800
                                                                 *LEAD ATTORNEY*
                                                                 *PRO HAC VICE*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Philippe Alain Zimmerman**
                                                                 Moses & Singer LLP
                                                                 405 Lexington Avenue
                                                                 New York, NY 10174-1299

(212)554-7400 x7895
Fax: (212)554-7700
Email: pzimmerman@mosessinger.com

*TERMINATED: 01/18/2011*

**Defendant**

**ZYXEL Communications Inc.**            represented by **David Leichtman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Emily Bab Kirsch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shiou- Jin Christine Hwang Yang**
Law Offices of S.J. Christine Yang
17220 Newhope Street, Suite 101-102
Fountain Valley, CA 92708
(714)-641-4022
Fax: (714)-641-2082
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Astak Inc.**                           represented by **Emily Bab Kirsch**
*TERMINATED: 09/08/2010*                 (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**GCI Technologies Corporation**
*TERMINATED: 03/09/2010*

**Defendant**

**Western Digital Corporation**          represented by **Ognjan Varbanov Shentov**
Jones Day (Cleveland )
901 Lakeside Avenue
Cleveland, OH 44114
(212)-326-3650
Fax: (212)-755-7306
Email: ovshentov@jonesday.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lynn Michelle Marvin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stela Cristina Tipi**
Jones Day (NYC)
222 East 41st Street
New York, NY 10017
212 326 3939 326-8311
Fax: (212)-755-7306
Email: schincisan@jonesday.com
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**Westinghouse Digital, LLC**

**Counter Defendant**

**Erik Andersen**                    represented by  **Daniel Ben Ravicher**
                                     (See above for address)
                                     *LEAD ATTORNEY*
                                     *ATTORNEY TO BE NOTICED*

**Objector**

**Credit Managers Association of
California**

**Counter Claimant**

**Best Buy Co., Inc.**               represented by  **David Leichtman**
*TERMINATED: 06/14/2011*             (See above for address)
                                     *LEAD ATTORNEY*
                                     *ATTORNEY TO BE NOTICED*

                                     **Emmett J. McMahon**
                                     (See above for address)
                                     *LEAD ATTORNEY*
                                     *PRO HAC VICE*
                                     *ATTORNEY TO BE NOTICED*

                                     **Hillel Ira Parness**
                                     (See above for address)
                                     *LEAD ATTORNEY*
                                     *ATTORNEY TO BE NOTICED*

                                     **Kevin P. Simmons**
                                     (See above for address)
                                     *TERMINATED: 08/26/2010*
                                     *LEAD ATTORNEY*
                                     *ATTORNEY TO BE NOTICED*

                                     **Oren Dov Langer**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher K Larus**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jason Wesley Creech**
(See above for address)
*TERMINATED: 08/26/2010*
*ATTORNEY TO BE NOTICED*

**Sharon E. Roberg-Perez**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Software Freedom Conservancy, Inc.**          represented by  **Daniel Ben Ravicher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 12/14/2009 | 1 | COMPLAINT against Western Digital Technologies, Inc., Robert Bosch LLC, Phoebe Micro, Inc., Humax USA Inc., Comtred Corporation, Dobbs-Stanford Corporation, Versa Technology Inc., ZYXEL Communications Inc., Astak Inc., GCI Technologies Corporation, Best Buy Co., Inc., Samsung Electronics America, Inc., Westinghouse Digital Electronics, LLC, JVC Americas Corporation. (Filing Fee $ 350.00, Receipt Number 708298) Document filed by Software Freedom Conservancy, Inc..(rdz) (ama). (Entered: 12/14/2009) |
| 12/14/2009 |   | SUMMONS ISSUED as to Western Digital Technologies, Inc., Robert Bosch LLC, Phoebe Micro, Inc., Humax USA Inc., Comtred Corporation, Dobbs-Stanford Corporation, Versa Technology Inc., ZYXEL Communications Inc., Astak Inc., GCI Technologies Corporation, Best Buy Co., Inc., Samsung Electronics America, Inc., Westinghouse Digital Electronics, LLC, JVC Americas Corporation. (rdz) (Entered: 12/14/2009) |
| 12/14/2009 |   | Magistrate Judge Gabriel W. Gorenstein is so designated. (rdz) (Entered: 12/14/2009) |
| 12/14/2009 |   | Case Designated ECF. (rdz) (Entered: 12/14/2009) |
| 12/14/2009 | 2 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate |

| | | |
|---|---|---|
| | | Parent. Document filed by Software Freedom Conservancy, Inc..(rdz) (ama). (Entered: 12/14/2009) |
| 12/23/2009 | 3 | STIPULATION EXTENDING TIME, JVC Americas Corporation answer to complaint due 3/8/2010. (Signed by Judge Shira A. Scheindlin on 12/23/09) (cd) (Entered: 12/28/2009) |
| 01/05/2010 | 4 | CERTIFICATE OF SERVICE. Astak Inc. served on 12/17/2009, answer due 1/7/2010. Service was accepted by Elliott Ning. Document filed by Software Freedom Conservancy, Inc.. (Williamson, Aaron) (Entered: 01/05/2010) |
| 01/05/2010 | 5 | CERTIFICATE OF SERVICE. Best Buy Co., Inc. served on 12/16/2009, answer due 1/6/2010. Service was accepted by Tom Harris, Counsel. Document filed by Software Freedom Conservancy, Inc.. (Spiegel, Michael) (Entered: 01/05/2010) |
| 01/05/2010 | 6 | CERTIFICATE OF SERVICE. Dobbs-Stanford Corporation served on 12/17/2009, answer due 1/7/2010. Service was accepted by J. Fred Dobbs, CEO. Document filed by Software Freedom Conservancy, Inc.. (Spiegel, Michael) (Entered: 01/05/2010) |
| 01/05/2010 | 7 | CERTIFICATE OF SERVICE. GCI Technologies Corporation served on 12/17/2009, answer due 1/7/2010. Service was accepted by Maria Comerci, Office Manager. Document filed by Software Freedom Conservancy, Inc.. (Spiegel, Michael) (Entered: 01/05/2010) |
| 01/05/2010 | 8 | CERTIFICATE OF SERVICE. Humax USA Inc. served on 12/17/2009, answer due 1/7/2010. Service was accepted by Sally Weo, Managing Agent. Document filed by Humax USA Inc.. (Spiegel, Michael) (Entered: 01/05/2010) |
| 01/05/2010 | 9 | CERTIFICATE OF SERVICE. JVC Americas Corporation served on 12/17/2009, answer due 3/8/2010. Service was accepted by Teresa Charrkas, Legal Assistant. Document filed by Software Freedom Conservancy, Inc.. (Spiegel, Michael) (Entered: 01/05/2010) |
| 01/05/2010 | 10 | CERTIFICATE OF SERVICE. Phoebe Micro, Inc. served on 12/17/2009, answer due 1/7/2010. Service was accepted by Flora Zheng, Operations Manager. Document filed by Software Freedom Conservancy, Inc.. (Spiegel, Michael) (Entered: 01/05/2010) |
| 01/05/2010 | 11 | CERTIFICATE OF SERVICE. Robert Bosch LLC served on 12/17/2009, answer due 1/7/2010. Service was accepted by Cecille Martin, Assistant General Counsel. Document filed by Software Freedom Conservancy, Inc.. (Spiegel, Michael) (Entered: 01/05/2010) |
| 01/05/2010 | 12 | CERTIFICATE OF SERVICE. Samsung Electronics America, Inc. served on 12/17/2009, answer due 1/7/2010. Service was accepted by Juli Askew, Paralegal. Document filed by Software Freedom Conservancy, Inc.. (Spiegel, Michael) (Entered: 01/05/2010) |
| 01/05/2010 | 13 | CERTIFICATE OF SERVICE. Versa Technology Inc. served on 12/17/2009, answer due 1/7/2010. Service was accepted by Erica Yang, Office Manager. Document filed by Software Freedom Conservancy, Inc.. (Spiegel, Michael) |

| | | (Entered: 01/05/2010) |
|---|---|---|
| 01/05/2010 | 14 | CERTIFICATE OF SERVICE. ZYXEL Communications Inc. served on 12/23/2009, answer due 1/13/2010. Service was accepted by Hortensia Tafoalla, Managing Agent. Document filed by Software Freedom Conservancy, Inc.. (Spiegel, Michael) (Entered: 01/05/2010) |
| 01/06/2010 | 15 | NOTICE OF APPEARANCE by Emily Bab Kirsch on behalf of Comtred Corporation (Kirsch, Emily) (Entered: 01/06/2010) |
| 01/07/2010 | 16 | NOTICE OF APPEARANCE by Emily Bab Kirsch on behalf of ZYXEL Communications Inc. (Kirsch, Emily) (Entered: 01/07/2010) |
| 01/07/2010 | 17 | NOTICE OF APPEARANCE by Michael T. Mervis on behalf of Dobbs-Stanford Corporation (Mervis, Michael) (Entered: 01/07/2010) |
| 01/07/2010 | 18 | NOTICE OF APPEARANCE by Justin F. Heinrich on behalf of Dobbs-Stanford Corporation (Heinrich, Justin) (Entered: 01/07/2010) |
| 01/07/2010 | 19 | STIPULATION AND ORDER EXTENDING TIME OF DEFENDANT GCI TECHNOLOGIES CORPORATION TO RESPOND TO THE COMPLAINT, GCI Technologies Corporation answer due 3/8/2010. No further extensions for this, or any defendant in this action, will be granted. (Signed by Judge Shira A. Scheindlin on 1/6/10) (cd) (Entered: 01/07/2010) |
| 01/08/2010 | 20 | FILING ERROR - ELECTRONIC FILING FOR NON-ECF DOCUMENT - MOTION for Extension of Time to File Answer. Document filed by Best Buy Co., Inc. (Attachments: # 1 Stipulation)(Simmons, Kevin) Modified on 1/11/2010 (db). (Entered: 01/08/2010) |
| 01/08/2010 | 21 | STIPULATION EXTENDING TIME: 1. The time for Comtrend to answer, move against, or otherwise respond to the Complaint is hereby extend to and including March 8, 2010. 2. Comtrend waives any Objection with respect to the service of process of the Complaint but otherwise reserves all of its defenses and objections. Comtred Corporation answer due 3/8/2010. (Signed by Judge Shira A. Scheindlin on 1/8/10) (db). (Entered: 01/08/2010) |
| 01/08/2010 | 22 | STIPULATION EXTENDING TIME: 1. The time for ZYXEL Communications Inc. to answer, move against, or otherwise respond to the Complaint is hereby extend to and including March 8, 2010. 2. ZYXEL waives any Objection with respect to the service of process of the Complaint but otherwise reserves all of its defenses and objections. ZYXEL Communications Inc. Answer due 3/8/2010. (Signed by Judge Shira A. Scheindlin on 1/7/10) (db) Modified on 1/8/2010 (db). (Entered: 01/08/2010) |
| 01/08/2010 | 23 | STIPULATION EXTENDING TIME: 1. The time for Dobbs-Stanford Corporation to answer, move against, or otherwise respond to the Complaint is hereby extend to and including March 8, 2010. 2. Dobbs-Stanford Corporation waives any Objection with respect to the service of process of the Complaint but otherwise reserves all of its defenses and objections. Dobbs-Stanford Corporation answer due 3/8/2010. (Signed by Judge Shira A. Scheindlin on 1/7/10) (db) (Entered: 01/08/2010) |
| 01/08/2010 | 24 | STIPULATION EXTENDING TIME FOR DEFENDANT SAMSUNG |

| | | |
|---|---|---|
| | | ELECTRONICS AMERICA, INC.: 1. The time for Samsung to answer, move against, or otherwise respond to theComplaint is hereby extended to and including March 8, 2010. 2. Samsung waives any objection with respect to the service of process of the Complaint, but otherwise reserves all of its defenses and objections. Samsung Electronics America, Inc. answer due 3/8/2010. (Signed by Judge Shira A. Scheindlin on 1/7/10) (db) (Entered: 01/08/2010) |
| 01/08/2010 | | ***NOTE TO ATTORNEY THAT THE ATTEMPTED FILING OF Document No. 20 HAS BEEN REJECTED. Note to Attorney Kevin P. Simmons : THE CLERK'S OFFICE DOES NOT ACCEPT LETTERS FOR FILING, either through ECF or otherwise, except where the judge has ordered that a particular letter be docketed. Letters may be sent directly to a judge. (db) (Entered: 01/11/2010) |
| 01/11/2010 | 25 | CERTIFICATE OF SERVICE. Western Digital Technologies, Inc. served on 1/6/2010, answer due 1/27/2010. Service was accepted by Becky DeGeorge, Managing Agent. Document filed by Software Freedom Conservancy, Inc.. (Spiegel, Michael) (Entered: 01/11/2010) |
| 01/11/2010 | 26 | CERTIFICATE OF SERVICE. Westinghouse Digital Electronics, LLC served on 1/6/2010, answer due 1/27/2010. Service was accepted by Ninh Ho, Client Rep. Document filed by Software Freedom Conservancy, Inc.. (Spiegel, Michael) (Entered: 01/11/2010) |
| 01/11/2010 | 27 | CERTIFICATE OF SERVICE. Comtred Corporation served on 12/17/2009, answer due 3/8/2010. Service was accepted by John Castreje, General Manager. Document filed by Software Freedom Conservancy, Inc.. (Spiegel, Michael) (Entered: 01/11/2010) |
| 01/11/2010 | 28 | STIPULATION EXTENDING TIME FOR DEFENDANT HUMAX USA INC. TO RESPOND TO COMPLAINT: Therefore, IT IS HEREBY STIPULATED, CONSENTED, AND AGREED by and between the undersigned parties, through their counsel, as follows:1. The time to Humax to file an Answer, to move against, or otherwise to respond to the Complaint is hereby extended to and including March 8, 2010. So Ordered (Signed by Judge Shira A. Scheindlin on 1/11/2010) (js) (Entered: 01/11/2010) |
| 01/15/2010 | 29 | STIPULATION that the time for Best Buy Co., Inc. to answer or move with regard to plaintiffs' complaint is hereby extended to and including 3/8/10. (Signed by Judge Shira A. Scheindlin on 1/15/10) (dle) (Entered: 01/15/2010) |
| 01/22/2010 | 30 | STIPULATION: It is hereby stipulated and agreed that the time for Robert Bosch LLC to answer, move or otherwise respond to the complaint is extended to March 8, 2010. (Signed by Judge Shira A. Scheindlin on 1/22/2010) (jpo) (Entered: 01/25/2010) |
| 01/26/2010 | 31 | NOTICE OF APPEARANCE by Ognjan Varbanov Shentov on behalf of Western Digital Corporation (Shentov, Ognjan) (Entered: 01/26/2010) |
| 01/27/2010 | 32 | NOTICE OF APPEARANCE by Kyle Bradford Fleming on behalf of Westinghouse Digital Electronics, LLC (Fleming, Kyle) (Entered: 01/27/2010) |

| 01/28/2010 | 33 | STIPULATION EXTENDING TIME, Westinghouse Digital Electronics, LLC answer to complaint due 3/8/2010. This extension does not alter any other date fixed by the Court, including the date of the initial conference. (Signed by Judge Shira A. Scheindlin on 1/28/10) (cd) (Entered: 01/29/2010) |
| --- | --- | --- |
| 01/28/2010 | 34 | STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT WESTERN DIGITAL TECHNOLOGIES INC TO RESPOND TO THE COMPLAINT, Western Digital Technologies, Inc. Answer due 3/8/2010...This extension does not alter any other date fixed by the Court, including the initial conference date. (Signed by Judge Shira A. Scheindlin on 1/28/10) (cd) (Entered: 01/29/2010) |
| 02/01/2010 | 35 | ORDER FOR INITIAL PRETRIAL CONFERENCE: Initial Conference set for 2/22/2010 at 04:30 PM in Courtroom 15C, 500 Pearl Street, New York, NY 10007 before Judge Shira A. Scheindlin. (Signed by Judge Shira A. Scheindlin on 1/29/10) (djc) (Entered: 02/01/2010) |
| 02/02/2010 | 36 | NOTICE OF APPEARANCE by Emily Bab Kirsch on behalf of Astak Inc. (Kirsch, Emily) (Entered: 02/02/2010) |
| 02/02/2010 | 37 | NOTICE OF APPEARANCE by Lynn Michelle Marvin on behalf of Western Digital Corporation (Marvin, Lynn) (Entered: 02/02/2010) |
| 02/03/2010 | 38 | NOTICE OF APPEARANCE by David Lawrence Yohai on behalf of JVC Americas Corporation (Yohai, David) (Entered: 02/03/2010) |
| 02/05/2010 | 39 | NOTICE OF APPEARANCE by Airina Lynn Rodrigues on behalf of Humax USA Inc. (Rodrigues, Airina) (Entered: 02/05/2010) |
| 02/05/2010 | 40 | NOTICE OF APPEARANCE by Andrew Lawrence Deutsch on behalf of Humax USA Inc. (Deutsch, Andrew) (Entered: 02/05/2010) |
| 02/09/2010 | 41 | NOTICE OF APPEARANCE by Andrew Kaver on behalf of Phoebe Micro, Inc. (Kaver, Andrew) (Entered: 02/09/2010) |
| 02/11/2010 | 42 | ORDER GRANTING PRO HAC VICE ADMISSION: Attorney Andrew Valentine for Humax USA Inc. admitted Pro Hac Vice. (Signed by Judge Shira A. Scheindlin on 2/11/2010) (tve) Modified on 2/11/2010 (tve). (Entered: 02/11/2010) |
| 02/11/2010 | 43 | ORDER GRANTING PRO HAC VICE ADMISSION: Attorney Eugene M. Pak for Humax USA Inc. admitted Pro Hac Vice. (Signed by Judge Shira A. Scheindlin on 2/11/2010) (tve) (Entered: 02/11/2010) |
| 02/16/2010 | 44 | NOTICE OF APPEARANCE by David Efrem Yolkut on behalf of JVC Americas Corporation (Yolkut, David) (Entered: 02/16/2010) |
| 02/16/2010 | 45 | ORDER ADMITTING COUNSEL PRO HAC VICE: Attorney Michael M. Ratoza and Chad Colton for Samsung Electronics America, Inc. admitted Pro Hac Vice. (Signed by Judge Shira A. Scheindlin on 2/16/2010) (tve) (Entered: 02/16/2010) |
| 02/16/2010 | 46 | ORDER ADMITTING ATTORNEY PRO HAC VICE. Attorney Michael M. Ratoza and Chad Colton for Samsung Electronics America, Inc. admitted Pro |

|  |  | Hac Vice. (Signed by Judge Shira A. Scheindlin on 2/16/2010) (jmi) (Entered: 02/17/2010) |
|---|---|---|
| 02/17/2010 | 47 | ENDORSED LETTER addressed to Judge Shira A. Scheindlin from Eugene Pak dated 2/16/10 re: Request to appear by telephone at the 2/22/10 scheduling conference. ENDORSEMENT: Defendant's counsel's request to appear by telephone at the 2/22/10 conference is hereby granted. (Signed by Judge Shira A. Scheindlin on 2/16/10) (cd) (Entered: 02/17/2010) |
| 02/17/2010 | 48 | STIPULATION EXTENDING TIME, Astak Inc. answer to complaint due 3/8/2010. (Signed by Judge Shira A. Scheindlin on 2/3/10) (cd) (Entered: 02/17/2010) |
| 02/18/2010 | 49 | STIPULATION; Versa Technology's time to answer or otherwise respond to the Complaint is adjourned to March 7, 2010. So Ordered. (Signed by Judge Shira A. Scheindlin on 2/17/2010) (tve) (Entered: 02/18/2010) |
| 02/18/2010 | 50 | ENDORSED LETTER addressed to Judge Shira A. Scheindlin from Michael M. Ratoza dated 2/17/2010 re: Primary outside counsel for defendant Samsung Electronics America, Inc. writes requesting to appear by telephone at the 2/22/2010 scheduling conference. ENDORSEMENT: Defendant Samsung Electronics America, Inc.'s request to appear by telephone at the 2/22/2010 conference is hereby granted. (Signed by Judge Shira A. Scheindlin on 2/17/2010) (tve) (Entered: 02/18/2010) |
| 02/19/2010 | 51 | NOTICE OF APPEARANCE by Sarah Hawa Bawany Yousuf on behalf of Westinghouse Digital Electronics, LLC (Yousuf, Sarah) (Entered: 02/19/2010) |
| 02/19/2010 |  | CASHIERS OFFICE REMARK on 42 Order Admitting Attorney Pro Hac Vice, 43 Order Admitting Attorney Pro Hac Vice in the amount of $50.00, paid on 02/16/2010, Receipt Number 894293. (jd) (Entered: 02/19/2010) |
| 02/22/2010 | 52 | STIPULATION EXTENDING TIME: The time for Phoebe to answer, move against, or otherwise respond to the Complaint is hereby extended to and including 3/15/2010. Phoebe waives any objection with respect to the service of process of the Complaint, but otherwise reserves all of its defenses and objections. Phoebe Micro, Inc. answer due 3/15/2010. (Signed by Judge Shira A. Scheindlin on 2/19/2010) (tro) (Entered: 02/22/2010) |
| 02/22/2010 | 53 | SCHEDULING ORDER: Depositions of fact witnesses to be completed by 12/17/2010. Initial disclosures by 3/8/2010. The parties will serve initial requests for production of documents by 3/22/2010. Initial expert reports due 2/11/2011. Rebuttal expert reports due 3/11/2011. Each expert's deposition will be completed by 4/15/2011. Fact discovery to be completed by 12/17/2010. Expert discovery to be completed by 4/15/2011. Final pre-trial conference: 1/6/2011 at 4:30. Counsel for the parties have conferred and their present best estimate of the length of trial is fifteen (15) days. Certain Defendants contemplate that they may request a jury trial. (Signed by Judge Shira A. Scheindlin on 2/22/2010) (jfe) (Entered: 02/23/2010) |
| 02/22/2010 | 54 | ORDER REFERRING CASE TO MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for |

| | | Settlement. Referred to Magistrate Judge Gabriel W. Gorenstein. May would be best. (Signed by Judge Shira A. Scheindlin on 2/22/2010) (jfe) (Entered: 02/23/2010) |
|---|---|---|
| 02/24/2010 | | CASHIERS OFFICE REMARK on 46 Order Admitting Attorney Pro Hac Vice in the amount of $50.00, paid on 02/18/2010, Receipt Number 894443. (jd) (Entered: 02/24/2010) |
| 03/02/2010 | 55 | NOTICE OF APPEARANCE by Philippe Alain Zimmerman on behalf of Versa Technology Inc. (Zimmerman, Philippe) (Entered: 03/02/2010) |
| 03/03/2010 | 56 | NOTICE OF APPEARANCE by David Leichtman on behalf of Best Buy Co., Inc. (Leichtman, David) (Entered: 03/03/2010) |
| 03/03/2010 | 57 | NOTICE OF APPEARANCE by Hillel Ira Parness on behalf of Best Buy Co., Inc. (Parness, Hillel) (Entered: 03/03/2010) |
| 03/03/2010 | 58 | NOTICE OF APPEARANCE by Oren Dov Langer on behalf of Best Buy Co., Inc. (Langer, Oren) (Entered: 03/03/2010) |
| 03/04/2010 | 59 | NOTICE OF APPEARANCE by Jason Wesley Creech on behalf of Best Buy Co., Inc. (Attachments: # 1 Certificate of Service)(Creech, Jason) (Entered: 03/04/2010) |
| 03/05/2010 | 60 | STIPULATED ORDER FOR EXTENSION OF TIME FOR DEFENDANT SAMSUNG ELECTGRONICS AMERICA, INC. ("SAMSUNG") TO FILE ITS ANSWER, FOR PLAINTIFFS AND SAMSUNG TO SERVE THEIR INITIAL DISCLOSURES AND TO MAKE INITIAL DISCOVERY REQUESTS: Samsung shall file its answer in this cause to March 22, 2010 from the current due date of 3/8/10. Plaintiffs and defendant Samsung agree to extend the date for their exchange of initial disclosures to 3/22/10 from the current due date of 3/22/10 and further stipulate and agree to extend the date by two weeks to 4/5/10 for them to make initial discovery requests of one anther. (Signed by Judge Shira A. Scheindlin on 3/5/10) (dle) (Entered: 03/08/2010) |
| 03/08/2010 | 61 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Nexis, Inc. as Corporate Parent. Document filed by Westinghouse Digital Electronics, LLC.(Fleming, Kyle) (Entered: 03/08/2010) |
| 03/08/2010 | 62 | ANSWER to Complaint with JURY DEMAND. Document filed by Westinghouse Digital Electronics, LLC.(Fleming, Kyle) (Entered: 03/08/2010) |
| 03/08/2010 | 63 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Best Buy Co., Inc..(Leichtman, David) (Entered: 03/08/2010) |
| 03/08/2010 | 64 | ANSWER to Complaint with JURY DEMAND., COUNTERCLAIM against all plaintiffs. Document filed by Best Buy Co., Inc..(Leichtman, David) (Entered: 03/08/2010) |
| 03/08/2010 | 65 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Robert Bosch North America Corporation, Robert Bosch Industrieanlagen GmbH |

| | | |
|---|---|---|
| | | and Robert Bosch GmbH as Corporate Parent. Document filed by Robert Bosch LLC.(Roth, Judith) (Entered: 03/08/2010) |
| 03/08/2010 | 66 | ANSWER to Complaint with JURY DEMAND. Document filed by Versa Technology Inc..(Zimmerman, Philippe) (Entered: 03/08/2010) |
| 03/08/2010 | 67 | ANSWER to Complaint. Document filed by Robert Bosch LLC.(Roth, Judith) (Entered: 03/08/2010) |
| 03/08/2010 | 68 | RULE 26 DISCLOSURE.Document filed by Robert Bosch LLC.(Roth, Judith) (Entered: 03/08/2010) |
| 03/08/2010 | 69 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Victor Company of Japan, Limited as Corporate Parent. Document filed by JVC Americas Corporation.(Yohai, David) (Entered: 03/08/2010) |
| 03/08/2010 | 70 | ANSWER to Complaint. Document filed by JVC Americas Corporation. (Yohai, David) (Entered: 03/08/2010) |
| 03/08/2010 | 71 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Versa Technology Inc..(Zimmerman, Philippe) (Entered: 03/08/2010) |
| 03/08/2010 | 72 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. no Corporate Parent. Document filed by Dobbs-Stanford Corporation.(Heinrich, Justin) (Entered: 03/08/2010) |
| 03/08/2010 | 73 | ANSWER to Complaint. Document filed by Dobbs-Stanford Corporation. (Heinrich, Justin) (Entered: 03/08/2010) |
| 03/08/2010 | 74 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Western Digital Corporation as Corporate Parent. Document filed by Western Digital Technologies, Inc..(Marvin, Lynn) (Entered: 03/08/2010) |
| 03/08/2010 | 75 | ANSWER to Complaint with JURY DEMAND. Document filed by Comtred Corporation. (Attachments: # 1 Certificate of Service)(Kirsch, Emily) (Entered: 03/08/2010) |
| 03/08/2010 | 76 | ANSWER to Complaint with JURY DEMAND. Document filed by Astak Inc.. (Attachments: # 1 Certificate of Service)(Kirsch, Emily) (Entered: 03/08/2010) |
| 03/08/2010 | 77 | ANSWER to Complaint with JURY DEMAND. Document filed by ZYXEL Communications Inc.. (Attachments: # 1 Certificate of Service)(Kirsch, Emily) (Entered: 03/08/2010) |
| 03/08/2010 | 78 | ANSWER to Complaint with JURY DEMAND. Document filed by Western Digital Technologies, Inc..(Marvin, Lynn) (Entered: 03/08/2010) |
| 03/08/2010 | 79 | ANSWER to Complaint with JURY DEMAND. Document filed by Humax USA Inc..(Pak, Eugene) (Entered: 03/08/2010) |
| 03/08/2010 | 80 | ANSWER to Counterclaim. Document filed by Humax USA Inc..(Pak, Eugene) (Entered: 03/08/2010) |
| | | |

Case 11-3639, Document 3-1, 09/09/2011, 388040, Page24 of 40

| | | |
|---|---|---|
| 03/09/2010 | 81 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Comtrend Corporation Taiwan as Corporate Parent. Document filed by Comtred Corporation.(Kirsch, Emily) (Entered: 03/09/2010) |
| 03/09/2010 | 82 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Astak Inc..(Kirsch, Emily) (Entered: 03/09/2010) |
| 03/09/2010 | 83 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying ZyXEL Communications Corporation as Corporate Parent. Document filed by ZYXEL Communications Inc..(Kirsch, Emily) (Entered: 03/09/2010) |
| 03/09/2010 | 84 | NOTICE OF VOLUNTARY DISMISSAL Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed without prejudice against the defendant(s) GCI Technologies Corporation. (Signed by Judge Shira A. Scheindlin on 3/9/2010) (jpo) (Entered: 03/09/2010) |
| 03/16/2010 | 85 | STIPULATION EXTENDING TIME CONSENTED AND AGREED by and between the undersigned parties, through their counsel, as follows: The time for Phoebe to answer, move against, or otherwise respond to the Complaint is hereby extended to and including April 15, 2010. The time for Phoebe to file initial disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedures is extended to April 29, 2010. The time for the parties to serve their initial request for production of documents is extended to May 21, 2010. All other dates in the Court;s Scheduling Order dated February 22, 2010 (Doc. No. 53), except as modified above, shall apply. Phoebe waives any objection with respect to the services of process of the Complaint, but otherwise reserves all of its defenses and objections. SO ORDERED Phoebe Micro, Inc. answer due 4/15/2010. (Signed by Judge Shira A. Scheindlin on 3/16/2010) (jmi) (Entered: 03/17/2010) |
| 03/18/2010 | 86 | STIPULATION ORDER FOR EXTENSION OF TIME FOR DEFENDANT BEST BUY CO. INC. AND PLAINTIFFS TO MAKE THEIR INITIAL DISCOVERY REQUESTS: The plaintiffs and Defendant Best Buy stipulate and agree to a reasonable two week extension of time, from March 22, 2010 to April 5, 2010, for the Plaintiffs and Defendant Best Buy to make their initial discovery requests of one other. So Ordered (Signed by Judge Shira A. Scheindlin on 3/17/2010) (js) (Entered: 03/18/2010) |
| 03/18/2010 | 87 | STIPULATED ORDER FOR AN EXTENSION OF TIME FOR PLAINTIFFS AND DEFENDANT WESTERN DIGITAL TECHNOLOGIES, INC. TO MAKE INITIAL DISCOVERY REQUESTS: Plaintiffs and Defendant WDT stipulate and agree to a reasonable three week extension of time for the Plaintiffs and Defendant WDT to make initial discovery requests of one another from the current due date of March 22, 2010 to April 12, 2010 No other extension of this date has been previously sought by WDT for these discovery requests. Plaintiffs have sought and were granted an extension of the time to serve initial discovery requests on Defendants Samsung Electronics America, Inc. and Phoebe Micro, Inc. So Ordered (Signed by Judge Shira A. Scheindlin on 3/17/2010) (js) Modified on 4/6/2010 (js). (Entered: 03/18/2010) |

Case 11-3639, Document 3-1, 09/09/2011, 388040, Page25 of 40

| 03/19/2010 | 88 | STIPULATED ORDER EXTENDING TIME FOR PLAINTIFFS AND DEFENDANT HUMAX USA, INC. TO SERVE INITIAL DOCUMENT REQUESTS: It appearing that Plaintiffs and Defendant Humax USA, Inc. have been engaged in good faith settlement negotiations, and these parties have been unable to complete settlement due to the need for additional time to investigate certain complex issues regarding software code: and that Humax's parent company's location in Korea has added to a geographical and language challenge that has contributed to the need for additional time to complete the software code investigation for settlement, and the parties believe that their time, attention, and resources are best focused at this time on complete tasks needed for settlement, the Plaintiffs and Defendant Humax USA, Inc. stipulate and agree to a four-week extension of time to serve initial documents requests on one another from the current deadline of March 22, 2010 to and including April 12, 2010. Humax USA, Inc. has already answered the Complaint, and the parties have already exchanged initial disclosures. Other deadlines set forth in the Court's Scheduling Order shall remain unchanged. (Signed by Judge Shira A. Scheindlin on 3/19/2010) (jfe) (Entered: 03/19/2010) |
| --- | --- | --- |
| 03/23/2010 | 89 | STIPULATED ORDER EXTENDING TIME FOR PLAINTIFFS AND DEFENDANT DOBBS-STANFORD CORPORATION TO SERVE INITIAL DOCUMENT REQUESTS: Plaintiffs and Defendant DSC stipulate and agree to a three week extension of time to serve initial documents requests on one another from the current deadline of March 22, 2010 to and including April 12, 2010. DSC has already answered the Complaint and the parties have already exchanged initial disclosures. Other deadlines set forth in the Court's Scheduling Order shall remain unchanged. ENDORSEMENT: No further extensions. So Ordered (Signed by Judge Shira A. Scheindlin on 3/22/2010) (js) Modified on 4/6/2010 (js). (Entered: 03/23/2010) |
| 03/23/2010 | 90 | STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFFS AND DEFENDANT JVC AMERICAS CORP. TO SERVE INITIAL DOCUMENT REQUESTS:It appearing that Plaintiffs and defendant JVC Americas Corporation ("JVC") have been engaged in good-faith settlement negotiations, and that these parties have been unable to complete settlement due to the need for additional time to investigate and resolve certain issues,and the parties believe that their time, attention and resources are best focused at this time on tasks related to settlement, the Plaintiffs and JVC stipulate and agree to a four-week extension of time to serve initial document requests on one another form the current deadline of March 22, 2010 to and including April 19, 2010. JVC has already answered Plaintiffs' Complaint, and the parties have already exchanged initial disclosures. Other deadlines in the Court's Scheduling Order (Docket No. 53) remain unchanged. So Ordered (Signed by Judge Shira A. Scheindlin on 3/22/2010) (js) Modified on 4/6/2010 (js). (Entered: 03/23/2010) |
| 03/23/2010 | 91 | STIPULATION EXTENDING TIME: It appearing that plaintiffs and Defendant Astak. Inc. ("Astak") have been engaged in good faith settlement negotiations, that the parties have been unable to complete their anticipated settlement due to the need for additional time to investigate certain issues, and that these parties believe that their time. attention and resources are best |

| | | focused at this time on completing the tasks needed for settlement, the Plaintiffs and Defendant Astak stipulate and agree to a reasonable two week extension of time, from March 22, 2010 to April 5, 2010, for the Plaintiffs and Defendant Astak to make their initial discovery requests of one another. So Ordered (Signed by Judge Shira A. Scheindlin on 3/22/2010) (js) Modified on 4/6/2010 (js). (Entered: 03/23/2010) |
|---|---|---|
| 03/23/2010 | 92 | STIPULATION EXTENDING TIME: It appearing that Plaintiffs and Defendant Astak. Inc. ("Astak") have been engaged in good faith settlement negotiations, that the parties have been unable to complete their anticipated settlement due to the need for additional time to investigate certain issues, and that these parties believe that their time. attention and resources are best focused at this time on completing the tasks needed for settlement, the Plaintiffs and Defendant Astak stipulate and agree to are asonable two week extension of time, from March 22, 2010 to April 5, 2010, for the Plaintiffs and Defendant Astak to make their initial discovery requests of one another. So Ordered (Signed by Judge Shira A. Scheindlin on 3/22/2010) (js) (Entered: 03/23/2010) |
| 03/23/2010 | 93 | STIPULATION EXTENDING TIME: It appearing that Plaintiffs and Defendant Comtrend Corporation ("Comtrend") have been engaged in good faith settlement negotiations, that the parties have been unable to complete their anticipated settlement due to the need for additional time to investigate certain issues, and that these parties believe that their time, attention and resources are best focused at this time on completing the tasks needed for settlement, the Plaintiffs and Defendant Comtrend stipulate and agree to a reasonable two week extension of time, from March 22, 2010 to April 5, 2010, for the Plaintiffs and Defendant Comtrend to make their initial discovery requests of one another. So Ordered (Signed by Judge Shira A. Scheindlin on 3/22/2010) (js) (Entered: 03/23/2010) |
| 03/23/2010 | 94 | STIPULATION EXTENDING TIME: It appearing that Plaintiffs and,Defendant ZyXEL Communications Inc. Corporation(ZyXEL") have been engaged in good faith settlement negotiations, that the parties have been unable to complete their anticipated settlement due to the need for additional time to investigate certain issues, and that these parties believe that their time, attention and resources are best focused at this time on completing the tasks needed for settlement, the Plaintiffs and Defendant ZyXEL stipulate and agree to a reasonable two week extension of time, from March 22, 2010 to April 5, 2010, for the Plaintiffs and Defendant ZyXEL to make their initial discovery requests of one another. (Signed by Judge Shira A. Scheindlin on 3/22/2010) (js) (Entered: 03/23/2010) |
| 03/23/2010 | 95 | STIPULATED ORDER FOR FURTHER EXTENSION OF TIME FOR DEFENDANT SAMSUNG ELECTRONICS AMERICA,INC. (SAMSUNG) TO FILE ITS ANSWER, FOR PLAINTIFFS AND SAMSUNG TO SERVE THEIR INITIAL DISCLOSURES AND TO MAKE INITIAL DISCOVERY REQUESTS. The plaintiffs and Defendant Samsung stipulate and agree to a further reasonable two week extension of time for Samsung to file its answer in this cause to April 5, 2010 from the current date of March 2, 2010. In addition, the Plaintiffs and Defendant Samsung for the same reasons stipulate |

| | | |
|---|---|---|
| | | and agree to extend the date for their exchange of initial disclosures to April 5, 2010 from the current date of March 22, 2010, and further stipulate and agree to extend the date by two weeks to April 19, 2010 for them to make initial discovery requests of one another. (Signed by Judge Shira A. Scheindlin on 3/22/10) (djc) (Entered: 03/24/2010) |
| 03/23/2010 | | Set Deadlines/Hearings:Samsung Electronics America, Inc. answer due 4/5/2010. (djc) (Entered: 03/24/2010) |
| 03/24/2010 | 96 | STIPULATION. It appearing that Plaintiffs and Defendant Robert Bosch LLC have been engaged in good faith settlement negotiations, that the parties have been unable to complete their anticipated settlement due to the need for additional time to investigate certain issues, and that these parties believe that their time, attention and resources are best focused at this time on completing the tasks needed for settlement, the Plaintiffs and Defendant Robert Bosch LLC Best Buy stipulate and agree to a reasonable three-week extension of time, from March 22, 2010 to April 12, 2010, for the Plaintiffs and Defendant Robert Bosch LLC to make their initial discovery requests of one another. Neither Plaintiff nor Defendant Robert Bosch LLC has sought a previous extension of this deadline. Both have served their initial disclosures pursuant to Rule 26(A) and Defendant Robert Bosch LLC has served and filed its Answer, all in timely fashion. (Signed by Judge Shira A. Scheindlin on 3/23/10) (djc) Modified on 3/30/2010 (djc). (Entered: 03/24/2010) |
| 03/29/2010 | 97 | ANSWER to Counterclaim. Document filed by Erik Andersen, Software Freedom Conservancy, Inc..(Ravicher, Daniel) (Entered: 03/29/2010) |
| 03/30/2010 | 98 | ORDER ADMITTING ATTORNEY PRO HAC VICE. Attorney Paul Kim for Versa Technology Inc. admitted Pro Hac Vice. (Signed by Judge Shira A. Scheindlin on 3/30/2010) (jmi) (Entered: 03/30/2010) |
| 03/30/2010 | 99 | ORDER ADMITTING ATTORNEY PRO HAC VICE. Attorney Mark W. Yocca for Versa Technology Inc. admitted Pro Hac Vice. SO ORDERED (Signed by Judge Shira A. Scheindlin on 3/30/2010) (jmi) (Entered: 03/30/2010) |
| 04/02/2010 | 100 | NOTICE OF APPEARANCE by Stela Cristina Tipi on behalf of Western Digital Corporation (Tipi, Stela) (Entered: 04/02/2010) |
| 04/05/2010 | 101 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Samsung Electronics Co., Ltd. as Corporate Parent. Document filed by Samsung Electronics America, Inc..(Ratoza, Michael) (Entered: 04/05/2010) |
| 04/05/2010 | 102 | ANSWER to Complaint with JURY DEMAND. Document filed by Samsung Electronics America, Inc..(Ratoza, Michael) (Entered: 04/05/2010) |
| 04/06/2010 | 103 | STIPULATION OF DISMISSAL: Plaintiffs Software Freedom Conservancy, Inc. and Erik Andersen and Defendant Comtrend Corporation hereby stipulate to dismiss defendant Comtrend Corporation from this action WITHOUT PREJUDICE, and without costs to any party. Plaintiffs maintain this action against all other defendants. (Signed by Judge Shira A. Scheindlin on 4/6/2010) (tro) (Entered: 04/07/2010) |
| | | |

| 04/14/2010 | | CASHIERS OFFICE REMARK on 99 Order Admitting Attorney Pro Hac Vice, 98 Order Admitting Attorney Pro Hac Vice in the amount of $50.00, paid on 03/30/2010, Receipt Number 899213. (jd) (Entered: 04/14/2010) |
|---|---|---|
| 04/22/2010 | 104 | ORDER SCHEDULING SETTLEMENT CONFERENCE: Settlement Conference set for 5/11/2010 at 02:30 PM in Courtroom 17A, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Gabriel W. Gorenstein. (Signed by Magistrate Judge Gabriel W. Gorenstein on 4/22/2010) (tve) (Entered: 04/22/2010) |
| 04/28/2010 | 105 | ENDORSED LETTER: addressed to Magistrate Judge Gabriel W. Gorenstein from David L. Yohai dated 4/26/2010 re: The parties hereby request that the settlement conference in this action currently scheduled for 5/11/2010, be adjourned until June 29, 2010 at 2:30 p.m. which was a date and time provided by the Court's Deputy Clerk. ENDORSEMENT: Granted. Letters due June 24, 2010. So Ordered. ( Settlement Conference set for 6/29/2010 at 02:30 PM before Magistrate Judge Gabriel W. Gorenstein.) (Signed by Magistrate Judge Gabriel W. Gorenstein on 4/26/2010) (js) Modified on 5/6/2010 (js). (Entered: 04/28/2010) |
| 04/30/2010 | 106 | ORDER ADMITTING ATTORNEY PRO HAC VICE. Attorney Emmett J. McMahon for Best Buy Co., Inc. admitted Pro Hac Vice. (Signed by Judge Shira A. Scheindlin on 4/30/2010) (jpo) (Entered: 04/30/2010) |
| 04/30/2010 | 107 | ORDER FOR ADMISSION PRO HAC VICE: It is hereby ordered that Sharon E. Roberg-Perez is admitted to practice pro hac vice as counsel for Best Buy Co., in this action. (Signed by Judge Shira A. Scheindlin on 4/30/2010) (jpo) (Entered: 04/30/2010) |
| 05/04/2010 | 108 | ENDORSED LETTER addressed to Judge Shira A.Scheindlin from Daniel Ravicher dated 5/3/10 re: Request for a premotion conference to discuss summary judgment motion. ENDORSEMENT: Plaintiffs' request for a premotion conference is hereby granted. A conference is scheduled for 5/20/10. ( Pre-Motion Conference set for 5/20/2010 at 11:00 AM before Judge Shira A. Scheindlin.) (Signed by Judge Shira A. Scheindlin on 5/4/10) (cd) (Entered: 05/05/2010) |
| 05/11/2010 | 109 | STIPULATION OF DISMISSAL of action as against Samsung Electronics America, WITHOUT PREJUDICE, and without costs to any party. Plaintiffs maintain this action against all other defendants. (Signed by Judge Shira A. Scheindlin on 5/10/10) (djc) (Entered: 05/11/2010) |
| 05/12/2010 | 110 | STIPULATION OF DISMISSAL: Plaintiffs Software Freedom Conservancy, Inc. and Erik Andersen and Defendant Samsung Electronics America, Inc., ("Samsung") hereby stipulate to dismiss defendant Samsung from this action WITHOUT PREJUDICE, and without costs to any party. Plaintiffs maintain this action against all other defendants. (Signed by Judge Shira A. Scheindlin on 5/12/2010) (jfe) (Entered: 05/12/2010) |
| 05/12/2010 | 111 | ORDER OF DISMISSAL Plaintiffs Software Freedom Conservancy, Inc. and Erik Andersen and Defendant Dobbs-Stanford Corporation ("OSC") hereby stipulate to dismiss defendant DSC from this action WITHOUT PREJUDICE and without costs to any party. Plaintiffs maintain this action against all other |

|  |  | defendants. SO ORDERED. (Signed by Judge Shira A. Scheindlin on 5/12/2010) (jmi) (Entered: 05/13/2010) |
|---|---|---|
| 06/03/2010 | 112 | MOTION for Default Judgment as to *Westinghouse Digital Electronics, LLC.*, MOTION for Summary Judgment *against Westinghouse Digital Electronics, LLC.*( Responses due by 6/17/2010) Document filed by Software Freedom Conservancy, Inc., Erik Andersen.(Ravicher, Daniel) (Entered: 06/03/2010) |
| 06/03/2010 | 113 | MEMORANDUM OF LAW in Support re: 112 MOTION for Default Judgment as to *Westinghouse Digital Electronics, LLC.* MOTION for Summary Judgment *against Westinghouse Digital Electronics, LLC.*. Document filed by Software Freedom Conservancy, Inc., Erik Andersen. (Ravicher, Daniel) (Entered: 06/03/2010) |
| 06/03/2010 | 114 | RULE 56.1 STATEMENT. Document filed by Software Freedom Conservancy, Inc., Erik Andersen. (Ravicher, Daniel) (Entered: 06/03/2010) |
| 06/03/2010 | 115 | DECLARATION of Erik Andersen in Support re: 112 MOTION for Default Judgment as to *Westinghouse Digital Electronics, LLC.* MOTION for Summary Judgment *against Westinghouse Digital Electronics, LLC.*. Document filed by Software Freedom Conservancy, Inc., Erik Andersen. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Ravicher, Daniel) (Entered: 06/03/2010) |
| 06/03/2010 | 116 | DECLARATION of Bradley M. Kuhn in Support re: 112 MOTION for Default Judgment as to *Westinghouse Digital Electronics, LLC.* MOTION for Summary Judgment *against Westinghouse Digital Electronics, LLC.*. Document filed by Software Freedom Conservancy, Inc., Erik Andersen. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Ravicher, Daniel) (Entered: 06/03/2010) |
| 06/03/2010 | 117 | DECLARATION of Daniel B. Ravicher in Support re: 112 MOTION for Default Judgment as to *Westinghouse Digital Electronics, LLC.* MOTION for Summary Judgment *against Westinghouse Digital Electronics, LLC.*. Document filed by Software Freedom Conservancy, Inc., Erik Andersen. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4) (Ravicher, Daniel) (Entered: 06/03/2010) |
| 06/08/2010 | 118 | TRANSCRIPT of proceedings held on 5/20/2010 before Judge Shira A. Scheindlin. (ab) (Entered: 06/09/2010) |
| 06/14/2010 | 122 | MOTION for Shiou-Jin Christine Hwang Yang to Appear Pro Hac Vice. Document filed by ZYXEL Communications Inc.(mro) (Entered: 06/21/2010) |
| 06/18/2010 | 119 | NOTICE OF APPEARANCE by Sharon E. Roberg-Perez on behalf of Best Buy Co., Inc. (Roberg-Perez, Sharon) (Entered: 06/18/2010) |
| 06/18/2010 | 120 | NOTICE OF APPEARANCE by Emmett J. McMahon on behalf of Best Buy Co., Inc. (McMahon, Emmett) (Entered: 06/18/2010) |
| 06/18/2010 | 121 | ENDORSED LETTER addressed to Judge Shira A. Scheindlin from Kyle B. Fleming dated 6/16/2010 re: Counsel for Westinghouse seek permission from the Court to file a motion to withdraw, as Westinghouse has been liquidated |

Case 11-3639, Document 3-1, 09/09/2011, 388040, Page30 of 40

| | | |
|---|---|---|
| | | under California law, and its trustee has terminated their representation. ENDORSEMENT: Counsel for Westinghouse's request to file a motion to withdraw is hereby granted. SO ORDERED. (Signed by Judge Shira A. Scheindlin on 6/17/2010) (tve) (Entered: 06/18/2010) |
| 06/23/2010 | 123 | STIPULATION OF VOLUNTARY DISMISSAL It is hereby stipulated and agreed by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) Humax USA Inc. and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Document filed by Software Freedom Conservancy, Inc., Erik Andersen.(Williamson, Aaron) (Entered: 06/23/2010) |
| 06/24/2010 | | CASHIERS OFFICE REMARK on 122 Motion to Appear Pro Hac Vice in the amount of $25.00, paid on 06/14/2010, Receipt Number 906190. (jd) (Entered: 06/24/2010) |
| 06/24/2010 | 124 | MOTION to Withdraw 122 MOTION for Shiou-Jin Christine Hwang Yang to Appear Pro Hac Vice.. Document filed by ZYXEL Communications Inc.. (Kirsch, Emily) (Entered: 06/24/2010) |
| 06/24/2010 | 125 | ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN REQUEST granting 122 Motion for Shiou-Jin Christine Hwang Yang to Appear Pro Hac Vice. (Signed by Judge Shira A. Scheindlin on 6/24/2010) (jpo) (Entered: 06/24/2010) |
| 06/24/2010 | 126 | STIPULATION OF DISMISSAL: Plaintiffs Software Freedom Conservancy, Inc. and Erik Anderson and Defendant Humax, USA, Inc., hereby stipulate to dismiss defendant Humax from this action without prejudice and without costs to any party. Plaintiffs maintain this action against all other defendants. (Signed by Judge Shira A. Scheindlin on 6/24/2010) (jpo) (Entered: 06/24/2010) |
| 06/29/2010 | 127 | MOTION for Kyle Bradford Fleming; Sarah Bawany Yousuf to Withdraw as Attorney. Document filed by Westinghouse Digital Electronics, LLC. (Fleming, Kyle) (Entered: 06/29/2010) |
| 06/29/2010 | 128 | MEMORANDUM OF LAW in Support re: 127 MOTION for Kyle Bradford Fleming; Sarah Bawany Yousuf to Withdraw as Attorney.. Document filed by Westinghouse Digital Electronics, LLC. (Fleming, Kyle) (Entered: 06/29/2010) |
| 06/29/2010 | 129 | DECLARATION of Jay R. Campbell in Support re: 127 MOTION for Kyle Bradford Fleming; Sarah Bawany Yousuf to Withdraw as Attorney.. Document filed by Westinghouse Digital Electronics, LLC. (Attachments: # 1 Exhibit A to Declaration, # 2 Exhibit to Declaration, # 3 Exhibit C to Declaration)(Fleming, Kyle) (Entered: 06/29/2010) |
| 06/29/2010 | | Minute Entry for proceedings held before Magistrate Judge Gabriel W. Gorenstein: Settlement Conference held on 6/29/2010. (mbe) (Entered: 07/01/2010) |
| 07/02/2010 | 130 | MEMORANDUM OF LAW in Opposition re: 127 MOTION for Kyle |

| | | Bradford Fleming; Sarah Bawany Yousuf to Withdraw as Attorney.. Document filed by Software Freedom Conservancy, Inc., Erik Andersen. (Ravicher, Daniel) (Entered: 07/02/2010) |
|---|---|---|
| 07/27/2010 | 131 | OPINION AND ORDER granting # 99231 re: 112 MOTION for Default Judgment as to *Westinghouse Digital Electronics, LLC*. MOTION for Summary Judgment *against Westinghouse Digital Electronics, LLC*, filed by Erik Andersen, Software Freedom Conservancy, Inc., 127 MOTION for Kyle Bradford Fleming; Sarah Bawany Yousuf to Withdraw as Attorney, filed by Westinghouse Digital Electronics, LLC. Plaintiffs' motion for a default judgment against Westinghouse is granted. Accordingly, the Court need not address Plaintiffs' motion for summary judgment. Plaintiffs are directed to submit a fee application by 8/6/10. The Clerk of Court is directed to close the motion to withdraw Renner, Otto, Boisselle & Sklar and Kane Kessler as counsel for Westinghouse (Docket no. 127). (Signed by Judge Shira A. Scheindlin on 7/27/10) (cd) Modified on 7/29/2010 (ajc). (Entered: 07/27/2010) |
| 08/02/2010 | 132 | ORDER: On July 27, 2010, attorneys for Plaintiffs wrote a letter to the Court requesting $47,010 in attorneys' fees and $675 in other costs*. Because I find that these fees and costs are reasonable in light of the attorneys' technical expertise in the field, Westinghouse is ordered to pay Plaintiffs a total of $47,685. * - (Plaintiffs calculated their costs and attorneys' fees as follows. Lead counsel Daniel Ravicher worked 54.2 hours in connection with Plaintiffs' motion for a default judgment at a rate of $550 per hour. Associate counsels Aaron Williamson and Michael Spiegel worked one hour and forty-two hours, respectively, at a rate of four hundred dollars per hour. All three attorneys have legal and technical expertise in the area of software-related copyright law. The additional $675 was for experts' fees.) (Signed by Judge Shira A. Scheindlin on 8/2/10) (db) (Entered: 08/02/2010) |
| 08/09/2010 | 133 | MOTION for Joinder. Document filed by Erik Andersen, Software Freedom Conservancy, Inc..(Ravicher, Daniel) (Entered: 08/09/2010) |
| 08/09/2010 | 134 | MEMORANDUM OF LAW in Support re: 133 MOTION for Joinder.. Document filed by Erik Andersen, Software Freedom Conservancy, Inc.. (Ravicher, Daniel) (Entered: 08/09/2010) |
| 08/09/2010 | 135 | DECLARATION of Daniel B. Ravicher in Support re: 133 MOTION for Joinder.. Document filed by Erik Andersen, Software Freedom Conservancy, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Ravicher, Daniel) (Entered: 08/09/2010) |
| 08/13/2010 | 136 | STIPULATION AND PROTECTIVE ORDER CONCERNING CONFIDENTIAL INFORMATION regarding procedures to be followed that shall govern the handling of confidential material. (Signed by Judge Shira A. Scheindlin on 8/13/10) (rjm) (Entered: 08/16/2010) |
| 08/16/2010 | 137 | ENDORSED LETTER addressed to Judge Shira Scheindlin from Daniel B. Ravicher dated 8/16/2010 re: At your request, Plaintiffs have communicated with counsel for both parties and arrived at the following briefing schedule for the motion: (i) opposition briefs by CMA and Successor WD due by |

| | | |
|---|---|---|
| | | September 20; and, (ii) reply brief by plaintiffs due by October 4. ENDORSEMENT: Opposition brief to Plaintiffs joinder motion are due by September 20, 2010. Plaintiffs reply brief is due by October 4, 2010. Defendant CMAs proposal to attach various conditions to the briefing schedule is hereby denied by the Court in its entirety. SO ORDERED. ( Responses due by 9/20/2010, Replies due by 10/4/2010.) (Signed by Judge Shira A. Scheindlin on 8/16/2010) (jmi) (Entered: 08/17/2010) |
| 08/17/2010 | 138 | CERTIFICATE OF SERVICE of Motion to Join Successors in Interest served on Westinghouse Digital, LLC on 8/10/2010. Service was accepted by Glenda Hallett, Managing Agent (Paracorp, Inc.). Document filed by Erik Andersen, Software Freedom Conservancy, Inc.. (Spiegel, Michael) (Entered: 08/17/2010) |
| 08/17/2010 | 139 | CERTIFICATE OF SERVICE of Motion to Join Successors in Interest of Westinghouse Digital Electronics, LLC served on Credit Managers Ass'n of California on 8/10/2010. Service was accepted by Michael Jonich, Office Manager. Document filed by Erik Andersen, Software Freedom Conservancy, Inc.. (Spiegel, Michael) (Entered: 08/17/2010) |
| 08/17/2010 | 140 | CERTIFICATE OF SERVICE of Motion to Join Successors in Interest of Westinghouse Digital Electronics, LLC served on Westinghouse Digital, LLC on 8/10/2010. Service was accepted by Arthur Moore, Managing Agent. Document filed by Erik Andersen, Software Freedom Conservancy, Inc.. (Spiegel, Michael) (Entered: 08/17/2010) |
| 08/18/2010 | 141 | MEMO ENDORSEMENT on NOTICE OF WITHDRAWAL AND REQUEST FOR REMOVAL FROM DOCKET that Justin F. Heinrich no longer represents Dobbs-Stanford Corporation, a former defendant in the captioned matter, and hereby withdraws his Notice of Appearance and requests removal of his name from the docket. ENDORSEMENT: SO ORDERED. (Signed by Judge Shira A. Scheindlin on 9/3/10) (cd) (Entered: 08/18/2010) |
| 08/26/2010 | 142 | STIPULATION TO WITHDRAW AS COUNSEL AND AGREED, between Simmons Jannace and Robins Kaplan, as attorneys for Best Buy, that Simmons Jannace is hereby relieved as counsel of record for Best Buy and that the appearances of Kevin P. Simmons and Jason W. Creech of Simmons Jannace as counsel of record for Best Buy are hereby withdrawn; and IT IS FURTHER STIPULATED AND AGREED, that this Stipulation may be executed in counterparts, any of which may be transmitted by facsimile and each of which when so executed and delivered shall be deemed an original, with all which shall together constitute one and the same agreement. (Signed by Judge Shira A. Scheindlin on 8/26/2010) (jmi) (Entered: 08/27/2010) |
| 09/07/2010 | 143 | ORDER ADMITTING ATTORNEY PRO HAC VICE. Attorney Nicole E. Kopinski for Best Buy Co., Inc. admitted Pro Hac Vice. (Signed by Judge Shira A. Scheindlin on 9/7/2010) (jmi) (Entered: 09/08/2010) |
| 09/08/2010 | 144 | NOTICE OF VOLUNTARY DISMISSAL Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed |

| | | |
|---|---|---|
| | | against the defendant(s) Astak Inc without prejudice and without costs to any party. (Signed by Judge Shira A. Scheindlin on 9/8/2010) (jpo) Modified on 9/22/2010 (jpo). (Entered: 09/09/2010) |
| 09/13/2010 | 145 | STIPULATION OF DISMISSAL Plaintiffs Software Freedom Conservancy, Inc. and Erik Andersen and Defendant Robert Bosch LLC ("Bosch") hereby stipulate to dismiss defendant Bosch from this action WITHOUT PREJUDICE, and without costs or fees to any party. Plaintiffs maintain this action against all other defendants. (Signed by Judge Shira A. Scheindlin on 9/13/2010) (jmi) (Entered: 09/14/2010) |
| 09/16/2010 | | CASHIERS OFFICE REMARK on 143 Order Admitting Attorney Pro Hac Vice in the amount of $25.00, paid on 09/08/2010, Receipt Number 913815. (jd) (Entered: 09/16/2010) |
| 09/20/2010 | 146 | MEMORANDUM OF LAW in Opposition re: 133 MOTION for Joinder.. Document filed by Credit Managers Association of California. (Weigel, Robert) (Entered: 09/20/2010) |
| 09/20/2010 | 147 | DECLARATION of Michael Joncich in Opposition re: 133 MOTION for Joinder.. Document filed by Credit Managers Association of California. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Weigel, Robert) (Entered: 09/20/2010) |
| 09/20/2010 | 148 | DECLARATION of Samuel A. Newman in Opposition re: 133 MOTION for Joinder.. Document filed by Credit Managers Association of California. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8)(Weigel, Robert) (Entered: 09/20/2010) |
| 09/20/2010 | 149 | MEMORANDUM OF LAW in Opposition re: 133 MOTION for Joinder.. Document filed by Westinghouse Digital, LLC. (Attachments: # 1 Exhibit A - Declaration of Arthur Moore, # 2 Exhibit B-1 - Verified Complaint, # 3 Exhibit B-2 - Verified Complaint, with exhibits [excerpted], # 4 Exhibit C-1 - Asset Purchase Agreement [excerpted], # 5 Exhibit C-2 - Asset Purchase Agreement [excerpted], # 6 Exhibit D - Press Release of Software Freedom Conservancy, # 7 Exhibit E - California Secretary of State record for Mora Electronics, LLC, # 8 Exhibit F - Bulletin No.1 from Credit Managment Association)(Kazan, Barry) (Entered: 09/20/2010) |
| 09/24/2010 | 150 | ORDER FOR ADMISSION PRO HAC VICE: Attorney Christopher K Larus for Best Buy Co., Inc.,Christopher K Larus for Best Buy Co., Inc. admitted Pro Hac Vice. (Signed by Judge Shira A. Scheindlin on 9/24/2010) (jfe) (Entered: 09/24/2010) |
| 09/24/2010 | 151 | CERTIFICATE OF SERVICE of Memorandum of Law in Opposition to Plaintiffs' Motion to Join Successors in Interest of Defendant Westinghouse Digital Electronics, LLC, Declaration of Michael Joncich with Exhibits, and Declaration of Samuel A. Newman with Exhibits. served on All Parties of Record on 09/20/2010. Service was made by ECF Notification. Document filed by Credit Managers Association of California. (Weigel, Robert) (Entered: 09/24/2010) |
| | | |

| 10/01/2010 | 152 | NOTICE OF CHANGE OF ADDRESS by David Leichtman on behalf of Best Buy Co., Inc.. New Address: Robins, Kaplan, Miller & Ciresi L.L.P., 601 Lexington Avenue, Suite 3400, New York, New York, 10022, 212-980-7400. (Leichtman, David) (Entered: 10/01/2010) |
| 10/01/2010 | 153 | DECLARATION of Michael Joncich in Opposition re: 133 MOTION for Joinder.. Document filed by Credit Managers Association of California. (Weigel, Robert) (Entered: 10/01/2010) |
| 10/01/2010 | 154 | NOTICE OF CHANGE OF ADDRESS by Oren Dov Langer on behalf of Best Buy Co., Inc.. New Address: Robins, Kaplan, Miller & Ciresi L.L.P., 601 Lexington Avenue, Suite 3400, New York, New York, USA 10022, 212-980-7400. (Langer, Oren) (Entered: 10/01/2010) |
| 10/04/2010 | 155 | REPLY MEMORANDUM OF LAW in Support re: 133 MOTION for Joinder.. Document filed by Erik Andersen, Software Freedom Conservancy, Inc.. (Ravicher, Daniel) (Entered: 10/04/2010) |
| 10/04/2010 | 156 | DECLARATION of Bradley M. Kuhn in Support re: 133 MOTION for Joinder.. Document filed by Erik Andersen, Software Freedom Conservancy, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Ravicher, Daniel) (Entered: 10/04/2010) |
| 10/05/2010 | 157 | CERTIFICATE OF SERVICE of Supplemental Declaration of Michael Joncich served on All Parties of Record on 10/01/2010. Service was made by ECF Notification. Document filed by Credit Managers Association of California. (Weigel, Robert) (Entered: 10/05/2010) |
| 10/14/2010 | | CASHIERS OFFICE REMARK on 150 Order Admitting Attorney Pro Hac Vice in the amount of $25.00, paid on 09/27/2010, Receipt Number 916265. (jd) (Entered: 10/14/2010) |
| 11/17/2010 | 158 | REVISED SCHEDULING ORDER: Initial expert reports due April 11, 2011. Rebuttal expert reports due May 11, 2011. Each expert's deposition will completed by June 15, 2011. Fact discovery is to be completed by February 18, 2011. Expert discovery is to be completed June 15, 2011. ENDORSEMENT: No further extensions will granted. (Signed by Judge Shira A. Scheindlin on 11/16/2010) (jpo) (Entered: 11/17/2010) |
| 11/29/2010 | 159 | OPINION AND ORDER: #99698 For the foregoing reasons, Plaintiffs' motion to join respondents is denied as to CMA. Plaintiffs' motion to join WD is denied, without prejudice, subject to Plaintiffs' decision to refile following an evidentiary hearing on the issues of whether the asset sale amounted to a merger between WDE and WD and whether WD substantially continued WDE's business. A hearing is scheduled for February 2, 2011 at 4:30 P.M. The Clerk of the Court is directed to close this motion (Docket No. 133). (Signed by Judge Shira A. Scheindlin on 11/29/2010) (jfe) Modified on 11/30/2010 (jfe). Modified on 12/3/2010 (ajc). (Entered: 11/29/2010) |
| 11/29/2010 | | Set/Reset Hearings: Status Conference set for 2/2/2011 at 04:30 PM before Judge Shira A. Scheindlin. (jfe) (Entered: 11/29/2010) |
| 12/13/2010 | 160 | NOTICE OF VOLUNTARY DISMISSAL Pursuant to Rule 41(a)(1)(A)(i) of |

| | | |
|---|---|---|
| | | the Federal Rules of Civil Procedure, the plaintiff(s) and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed without prejudice and without costs against the defendant(s) JVC Americas Corporation. (Signed by Judge Shira A. Scheindlin on 12/13/10) (laq) (Entered: 12/13/2010) |
| 12/29/2010 | 161 | NOTICE OF APPEAL from 159 Memorandum & Opinion. Document filed by Erik Andersen, Software Freedom Conservancy, Inc. Filing fee $ 455.00, receipt number E 924625. (tp) (Entered: 12/29/2010) |
| 12/29/2010 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 161 Notice of Appeal. (tp) (Entered: 12/29/2010) |
| 12/29/2010 | | Transmission of Notice of Appeal to the District Judge re: 161 Notice of Appeal. (tp) (Entered: 12/29/2010) |
| 12/29/2010 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 112 MOTION for Default Judgment as to *Westinghouse Digital Electronics, LLC*. MOTION for Summary Judgment *against Westinghouse Digital Electronics, LLC.* filed by Erik Andersen, Software Freedom Conservancy, Inc., 8 Certificate of Service Complaints filed by Humax USA Inc., 139 Certificate of Service Other, filed by Erik Andersen, Software Freedom Conservancy, Inc., 64 Answer to Complaint, Counterclaim filed by Best Buy Co., Inc., 1 Complaint, filed by Software Freedom Conservancy, Inc., 48 Stipulation and Order, Set Deadlines/Hearings, 140 Certificate of Service Other, filed by Erik Andersen, Software Freedom Conservancy, Inc., 33 Stipulation and Order, Set Deadlines/Hearings, 87 Stipulation and Order, 42 Order Admitting Attorney Pro Hac Vice, 81 Rule 7.1 Corporate Disclosure Statement filed by Comtred Corporation, 103 Stipulation and Order of Dismissal, 95 Stipulation and Order, 96 Stipulation and Order, 23 Stipulation and Order, Set Deadlines, 39 Notice of Appearance filed by Humax USA Inc., 17 Notice of Appearance filed by Dobbs-Stanford Corporation, 83 Rule 7.1 Corporate Disclosure Statement filed by ZYXEL Communications Inc., 34 Stipulation and Order, Set Deadlines/Hearings, 50 Endorsed Letter, 56 Notice of Appearance filed by Best Buy Co., Inc., 54 Order Referring Case to Magistrate Judge, 15 Notice of Appearance filed by Comtred Corporation, 63 Rule 7.1 Corporate Disclosure Statement filed by Best Buy Co., Inc., 149 Memorandum of Law in Opposition to Motion, filed by Westinghouse Digital, LLC, 27 Certificate of Service Complaints filed by Software Freedom Conservancy, Inc., 122 MOTION for Shiou-Jin Christine Hwang Yang to Appear Pro Hac Vice filed by ZYXEL Communications Inc., 74 Rule 7.1 Corporate Disclosure Statement filed by Western Digital Technologies, Inc., 104 Order, Set Hearings, 24 Stipulation and Order, Set Deadlines, 2 Rule 7.1 Corporate Disclosure Statement filed by Software Freedom Conservancy, Inc., 77 Answer to Complaint filed by ZYXEL Communications Inc., 41 Notice of Appearance filed by Phoebe Micro, Inc., 49 Stipulation and Order, Set Deadlines, 94 Stipulation and Order, 115 Declaration in Support of Motion, filed by Erik Andersen, Software Freedom Conservancy, Inc., 46 Order Admitting Attorney Pro Hac Vice, 153 Declaration in Opposition to Motion filed by Credit Managers Association of California, 72 Rule 7.1 Corporate |

Disclosure Statement filed by Dobbs-Stanford Corporation, 130 Memorandum of Law in Opposition to Motion filed by Erik Andersen, Software Freedom Conservancy, Inc., 13 Certificate of Service Complaints filed by Software Freedom Conservancy, Inc., 85 Stipulation and Order, Set Deadlines, 136 Protective Order, 30 Stipulation and Order, Set Deadlines/Hearings, 144 Notice of Voluntary Dismissal - Signed, 62 Answer to Complaint filed by Westinghouse Digital Electronics, LLC, 25 Certificate of Service Complaints filed by Software Freedom Conservancy, Inc., 88 Stipulation and Order, Set Deadlines, 156 Declaration in Support of Motion filed by Erik Andersen, Software Freedom Conservancy, Inc., 61 Rule 7.1 Corporate Disclosure Statement filed by Westinghouse Digital Electronics, LLC, 18 Notice of Appearance filed by Dobbs-Stanford Corporation, 92 Stipulation and Order, Set Deadlines/Hearings, 58 Notice of Appearance filed by Best Buy Co., Inc., 55 Notice of Appearance filed by Versa Technology Inc., 108 Endorsed Letter, Set Deadlines/Hearings, 127 MOTION for Kyle Bradford Fleming; Sarah Bawany Yousuf to Withdraw as Attorney. filed by Westinghouse Digital Electronics, LLC, 109 Stipulation and Order of Dismissal, 22 Stipulation and Order, Set Deadlines, 101 Rule 7.1 Corporate Disclosure Statement filed by Samsung Electronics America, Inc., 138 Certificate of Service Other, filed by Erik Andersen, Software Freedom Conservancy, Inc., 161 Notice of Appeal filed by Erik Andersen, Software Freedom Conservancy, Inc., 19 Stipulation and Order, Set Deadlines/Hearings, 47 Endorsed Letter, 126 Stipulation and Order of Dismissal, Add and Terminate Parties, 160 Notice of Voluntary Dismissal - Signed, 110 Stipulation and Order of Dismissal, 84 Notice of Voluntary Dismissal - Signed, 146 Memorandum of Law in Opposition to Motion filed by Credit Managers Association of California, 98 Order Admitting Attorney Pro Hac Vice, 129 Declaration in Support of Motion, filed by Westinghouse Digital Electronics, LLC, 66 Answer to Complaint filed by Versa Technology Inc., 116 Declaration in Support of Motion, filed by Erik Andersen, Software Freedom Conservancy, Inc., 145 Stipulation and Order of Dismissal, 141 Memo Endorsement, 5 Certificate of Service Complaints filed by Software Freedom Conservancy, Inc., 119 Notice of Appearance filed by Best Buy Co., Inc., 137 Endorsed Letter, Set Deadlines, 4 Certificate of Service Complaints filed by Software Freedom Conservancy, Inc., 133 MOTION for Joinder. filed by Erik Andersen, Software Freedom Conservancy, Inc., 79 Answer to Complaint filed by Humax USA Inc., 9 Certificate of Service Complaints filed by Software Freedom Conservancy, Inc., 67 Answer to Complaint filed by Robert Bosch LLC, 128 Memorandum of Law in Support of Motion filed by Westinghouse Digital Electronics, LLC, 51 Notice of Appearance filed by Westinghouse Digital Electronics, LLC, 28 Stipulation and Order, Set Deadlines/Hearings, 124 MOTION to Withdraw 122 MOTION for Shiou-Jin Christine Hwang Yang to Appear Pro Hac Vice filed by ZYXEL Communications Inc., 57 Notice of Appearance filed by Best Buy Co., Inc., 68 Rule 26 Disclosure filed by Robert Bosch LLC, 102 Answer to Complaint filed by Samsung Electronics America, Inc., 36 Notice of Appearance filed by Astak Inc., 11 Certificate of Service Complaints filed by Software Freedom Conservancy, Inc., 147 Declaration in Opposition to Motion filed by Credit Managers Association of California, 75 Answer to Complaint filed by Comtred Corporation, 157 Certificate of Service Other filed by Credit

Managers Association of California, 89 Stipulation and Order, Set Deadlines/Hearings, 142 Stipulation and Order, 135 Declaration in Support of Motion filed by Erik Andersen, Software Freedom Conservancy, Inc., 76 Answer to Complaint filed by Astak Inc., 65 Rule 7.1 Corporate Disclosure Statement filed by Robert Bosch LLC, 43 Order Admitting Attorney Pro Hac Vice, 6 Certificate of Service Complaints filed by Software Freedom Conservancy, Inc., 37 Notice of Appearance filed by Western Digital Corporation, 71 Rule 7.1 Corporate Disclosure Statement filed by Versa Technology Inc., 44 Notice of Appearance filed by JVC Americas Corporation, 14 Certificate of Service Complaints filed by Software Freedom Conservancy, Inc., 155 Reply Memorandum of Law in Support of Motion filed by Erik Andersen, Software Freedom Conservancy, Inc., 70 Answer to Complaint filed by JVC Americas Corporation, 35 Order for Initial Pretrial Conference, 38 Notice of Appearance filed by JVC Americas Corporation, 7 Certificate of Service Complaints filed by Software Freedom Conservancy, Inc., 26 Certificate of Service Complaints filed by Software Freedom Conservancy, Inc., 148 Declaration in Opposition to Motion, filed by Credit Managers Association of California, 114 Rule 56.1 Statement filed by Erik Andersen, Software Freedom Conservancy, Inc., 45 Order Admitting Attorney Pro Hac Vice, 158 Scheduling Order, 32 Notice of Appearance filed by Westinghouse Digital Electronics, LLC, 100 Notice of Appearance filed by Western Digital Corporation, 60 Stipulation and Order, Set Deadlines/Hearings, 125 Order on Motion to Appear Pro Hac Vice, 73 Answer to Complaint filed by Dobbs-Stanford Corporation, 143 Order Admitting Attorney Pro Hac Vice, 106 Order Admitting Attorney Pro Hac Vice, 52 Stipulation and Order, Set Deadlines, 154 Notice of Change of Address filed by Best Buy Co., Inc., 53 Scheduling Order, 159 Memorandum & Opinion, 134 Memorandum of Law in Support of Motion filed by Erik Andersen, Software Freedom Conservancy, Inc., 29 Stipulation and Order, Set Deadlines, 40 Notice of Appearance filed by Humax USA Inc., 121 Endorsed Letter, 3 Stipulation and Order, Set Deadlines/Hearings, 10 Certificate of Service Complaints filed by Software Freedom Conservancy, Inc., 99 Order Admitting Attorney Pro Hac Vice, 91 Stipulation and Order, Set Deadlines/Hearings, 151 Certificate of Service Other, filed by Credit Managers Association of California, 90 Stipulation and Order, 117 Declaration in Support of Motion, filed by Erik Andersen, Software Freedom Conservancy, Inc., 21 Stipulation and Order, Set Deadlines, 82 Rule 7.1 Corporate Disclosure Statement filed by Astak Inc., 113 Memorandum of Law in Support of Motion, filed by Erik Andersen, Software Freedom Conservancy, Inc., 86 Stipulation and Order, Set Deadlines/Hearings, 80 Answer to Counterclaim filed by Humax USA Inc., 16 Notice of Appearance filed by ZYXEL Communications Inc., 123 Stipulation of Voluntary Dismissal, filed by Erik Andersen, Software Freedom Conservancy, Inc., 97 Answer to Counterclaim filed by Erik Andersen, Software Freedom Conservancy, Inc., 20 MOTION for Extension of Time to File Answer. filed by Best Buy Co., Inc., 152 Notice of Change of Address filed by Best Buy Co., Inc., 12 Certificate of Service Complaints filed by Software Freedom Conservancy, Inc., 31 Notice of Appearance filed by Western Digital Corporation, 78 Answer to Complaint filed by Western Digital Technologies, Inc., 93 Stipulation and Order, 59 Notice of Appearance filed by Best Buy

Case 11-3639, Document 3-1, 09/09/2011, 388040, Page38 of 40

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                            |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |     | Co., Inc., 150 Order Admitting Attorney Pro Hac Vice, 69 Rule 7.1 Corporate Disclosure Statement filed by JVC Americas Corporation, 132 Order, 120 Notice of Appearance filed by Best Buy Co., Inc., 107 Order Admitting Attorney Pro Hac Vice, 105 Endorsed Letter, Set Deadlines/Hearings, 111 Order of Dismissal, 131 Memorandum & Opinion, were transmitted to the U.S. Court of Appeals. (tp) (Entered: 12/29/2010) |
| 01/18/2011 | 162 | NOTICE OF VOLUNTARY DISMISSAL Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed against the defendant(s) Versa Technology Inc. SO ORDERED. (Signed by Judge Shira A. Scheindlin on 1/18/2011) (jmi) (Entered: 01/19/2011) |
| 01/31/2011 | 163 | MOTION for Preliminary Injunction. Document filed by Erik Andersen, Software Freedom Conservancy, Inc..(Ravicher, Daniel) (Entered: 01/31/2011) |
| 01/31/2011 | 164 | MEMORANDUM OF LAW in Support re: 163 MOTION for Preliminary Injunction.. Document filed by Erik Andersen, Software Freedom Conservancy, Inc.. (Ravicher, Daniel) (Entered: 01/31/2011) |
| 01/31/2011 | 165 | DECLARATION of Erik Andersen in Support re: 163 MOTION for Preliminary Injunction.. Document filed by Erik Andersen, Software Freedom Conservancy, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Ravicher, Daniel) (Entered: 01/31/2011) |
| 01/31/2011 | 166 | DECLARATION of Bradley M. Kuhn in Support re: 163 MOTION for Preliminary Injunction.. Document filed by Erik Andersen, Software Freedom Conservancy, Inc.. (Ravicher, Daniel) (Entered: 01/31/2011) |
| 02/01/2011 | 167 | ANSWER to Complaint with JURY DEMAND. Document filed by Phoebe Micro, Inc.. (Attachments: # 1 Supplement Certificate of Service)(Kaver, Andrew) (Entered: 02/01/2011) |
| 02/01/2011 | 168 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Phoebe Micro, Inc..(Kaver, Andrew) (Entered: 02/01/2011) |
| 02/14/2011 | 169 | MEMO ENDORSEMENT ON 124 Motion to Withdraw. ENDORSEMENT: Ms. Kirsch's motion to withdraw her motion to admit counsel pro hac vice is granted. The Clerk of the Court is directed to close this motion, docket number 124 . So Ordered. (Signed by Judge Shira A. Scheindlin on 2/14/2011) (lnl) (Entered: 02/14/2011) |
| 02/17/2011 | 170 | TRANSCRIPT of proceedings held on February 2, 2011 before Judge Shira A. Scheindlin. (js) (Entered: 02/18/2011) |
| 02/23/2011 | 171 | FILING ERROR - ELECTRONIC FILING FOR NON-ECF DOCUMENT (LETTER) - MOTION Finding of Contempt. Document filed by Erik Andersen, Software Freedom Conservancy, Inc..(Ravicher, Daniel) Modified on 2/24/2011 (ka). (Entered: 02/23/2011) |
| 02/23/2011 | 172 | MOTION Finding Westinghouse Digital Electronics, LLC in Contempt. Document filed by Erik Andersen, Software Freedom Conservancy, Inc. |

| | | (Ravicher, Daniel) Modified on 2/24/2011 (ka). (Entered: 02/23/2011) |
|---|---|---|
| 02/23/2011 | 173 | MEMORANDUM OF LAW in Support re: 172 MOTION Finding of Contempt. Document filed by Erik Andersen, Software Freedom Conservancy, Inc. (Ravicher, Daniel) Modified on 2/24/2011 (ka). (Entered: 02/23/2011) |
| 02/24/2011 | | ***NOTE TO ATTORNEY THAT THE ATTEMPTED FILING OF Document No. 171 HAS BEEN REJECTED. Note to Attorney Daniel Ben Ravicher : THE CLERK'S OFFICE DOES NOT ACCEPT LETTERS FOR FILING, either through ECF or otherwise, except where the judge has ordered that a particular letter be docketed. Letters may be sent directly to a judge. (ka) (Entered: 02/24/2011) |
| 02/25/2011 | 174 | TRUE COPY ORDER of USCA as to 161 Notice of Appeal filed by Erik Andersen, Software Freedom Conservancy, Inc. USCA Case Number 10-5290....that the appeal is hereby WITHDRAWN pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Certified: 02/25/2011. (nd) (Entered: 02/25/2011) |
| 02/28/2011 | 175 | ORDER FOR EXTENSION OF TIME: IT IS HEREBY ORDERED that (i) the deadline for Phoebe Micro and Best Buy to file their papers in opposition to SFC's motion for preliminary injunction (Dkt. 163 ) is extended from February 28, 2011, to March 7, 2011; and (ii) the deadline for SFC to file its reply papers in support of its motion for preliminary injunction is extended from March 14, 2011, to March 21, 2011. Set Deadlines as to 163 MOTION for Preliminary Injunction: Responses due by 3/7/2011. Replies due by 3/21/2011. (Signed by Judge Shira A. Scheindlin on 2/25/2011) (lnl) (Entered: 02/28/2011) |
| 02/28/2011 | 176 | TRANSCRIPT of proceedings held on 2/22/11 before Judge Shira A. Scheindlin. (ama) (Entered: 02/28/2011) |
| 03/01/2011 | 177 | TRANSCRIPT of proceedings held on 2/2/2011 before Judge Shira A. Scheindlin. (ja) (Entered: 03/01/2011) |
| 03/07/2011 | 178 | MEMORANDUM OF LAW in Opposition re: 163 MOTION for Preliminary Injunction.. Document filed by Best Buy Co., Inc.. (McMahon, Emmett) (Entered: 03/07/2011) |
| 03/07/2011 | 179 | DECLARATION of Sharon E. Roberg-Perez in Opposition re: 163 MOTION for Preliminary Injunction.. Document filed by Best Buy Co., Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L)(McMahon, Emmett) (Entered: 03/07/2011) |
| 03/07/2011 | 180 | DECLARATION of Rashid Khan in Opposition re: 163 MOTION for Preliminary Injunction.. Document filed by Best Buy Co., Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(McMahon, Emmett) (Entered: 03/07/2011) |
| 03/07/2011 | 181 | DECLARATION of Patrick McGinnis in Opposition re: 163 MOTION for |

| | | Preliminary Injunction.. Document filed by Best Buy Co., Inc.. (McMahon, Emmett) (Entered: 03/07/2011) |
|---|---|---|
| 03/07/2011 | 182 | NOTICE OF APPEARANCE by Brian Scott Cohen on behalf of Phoebe Micro, Inc. (Cohen, Brian) (Entered: 03/07/2011) |
| 03/07/2011 | 183 | RESPONSE in Opposition re: 163 MOTION for Preliminary Injunction. *Phoebe Micro, Inc.'s Notice of Joinder In Defendant Best Buy Co. Inc.'s Opposition to Motion for Preliminary Injunction*. Document filed by Phoebe Micro, Inc.. (Cohen, Brian) (Entered: 03/07/2011) |
| 03/07/2011 | 184 | DECLARATION of Peter Lui in Opposition re: 163 MOTION for Preliminary Injunction.. Document filed by Phoebe Micro, Inc.. (Cohen, Brian) (Entered: 03/07/2011) |
| 03/09/2011 | 185 | MEMORANDUM OF LAW in Opposition re: 172 MOTION Finding of Contempt re: 171 MOTION Finding of Contempt... Document filed by Westinghouse Digital, LLC. (Kazan, Barry) (Entered: 03/09/2011) |
| 03/09/2011 | 186 | DECLARATION of Terri Poindexter in Opposition re: 172 MOTION Finding of Contempt re: 171 MOTION Finding of Contempt... Document filed by Westinghouse Digital, LLC. (Attachments: # 1 Certificate of Service) (Kazan, Barry) (Entered: 03/09/2011) |
| 03/09/2011 | 187 | |