## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Software Freedom Conservancy, v. Best Buy Co., Inc.     Docket No.: 11-3639 cv

Lead Counsel of Record (name/firm) or Pro se Party (name): David Leichtman / Robins, Kaplan, Miller & Ciresi L.L.P.

Appearance for (party/designation): ZyXEL Communications Inc., Defendant

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✓) Correct
(  ) Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
(✓) Correct
(  ) Incorrect. The following parties do not wish to participate in this appeal:
      Parties: _____
(  ) Incorrect. Please change the following parties' designations:
      Party                           Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✓) Correct
(  ) Incorrect or Incomplete, and should be amended as follows:

Name: David Leichtman
Firm: Robins, Kaplan, Miller & Ciresi L.L.P.
Address: 601 Lexington Avenue, Suite 3400
Telephone: 212-980-7400                    Fax: 212-980-7499
Email: dleichtman@rkmc.com

## RELATED CASES

(  ) This case has not been before this Court previously.
(✓) This case has been before this Court previously. The short title, docket number, and citation are: _____
Software Freedom Conservancy v. Best Buy, 10-5290
(  ) Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on August 6, 2010 OR that (  ) I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ David Leichtman
Type or Print Name: David Leichtman
        OR
Signature of pro se litigant: _____
Type or Print Name: _____
(  ) I am a pro se litigant who is not an attorney.
(  ) I am an incarcerated pro se litigant.