# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 18th day of October, two thousand and eleven,

Software Freedom Conservancy, Inc., Erik Andersen,

Plaintiff-Counter-Defendant - Appellees,

v.

Best Buy Co., Inc.,

Defendant-Counter-Claimant,

Samsung Electronics America, Inc., JVC Americas Corporation, Western Digital Technologies, Inc., Robert Bosch LLC, Phoebe Micro, Inc., Humax USA Inc., Comtred Corporation, Dobbs-Stanford Corporation, Versa Technology Inc., ZYXEL Communications Inc., Astak Inc., GCI Technologies Corporation, Western Digital Corporation,

Defendants,

Westinghouse Digital Electronics, LLC,

Defendant - Appellant.

**ORDER**
Docket Number: 11-3639

A notice of appeal was filed on 09/09/2011. Appellant's Forms C & D, were due 09/21/2011. The case is deemed in default.

IT IS HEREBY ORDERED that the appeal will be dismissed effective November 1,

2011 if the forms are not filed by that date.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

