CERTIFICATE OF SERVICE

The undersigned hereby certifies that the ACKNOWLEDGMENT AND NOTICE OF APPEARANCE, FORM C and FORM D filed with the Court of Appeals for the Second Circuit via ECF today were also served by first class mail upon:

Daniel B. Ravicher, Esq.
Software Freedom Law Center, Inc.
1995 Broadway, 17th Fl.
New York, New York 10023
(212) 580-0880

*Attorneys for Plaintiff-Counter-Defendant-Appellees*

Dated: November 1, 2011                                        /s/Barry M. Kazan
                                                                                                  Barry M. Kazan