## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Software Freedom Conservancy, Inc., et al. v. Best Buy Co., Inc., et al.            Docket No.: 11-3639

Lead Counsel of Record (name/firm) or Pro se Party (name):
Barry M. Kazan/Thompson Hine LLP

Appearance for (party/designation):
Westinghouse Digitial LLC/Appellant

### DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✓) Correct
(  ) Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
(  ) Correct
(  ) Incorrect. The following parties do not wish to participate in this appeal:
    Parties: _____
(✓) Incorrect. Please change the following parties' designations:
    Party                           Correct Designation

                        **Westinghouse Digital, LLC**

**Contact Information** for Lead Counsel/Pro Se Party is:
(✓) Correct
(  ) Incorrect or Incomplete, and should be amended as follows:

Name: Barry M. Kazan
Firm: Thompson Hine LLP
Address: 335 Madison Avenue, 12th Floor
Telephone: (212) 908-3921          Fax: (212) 344-6101
Email: Barry.Kazan@ThompsonHine.com

### RELATED CASES

(  ) This case has not been before this Court previously.
(✓) This case has been before this Court previously. The short title, docket number, and citation are:
Software Freedom Conservancy, Inc., et al. v. Best Buy Co., Inc., et al.: 10-5290
(  ) Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: _____

### CERTIFICATION

I certify that (  ) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on January 21, 2011           OR that (  ) I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/
Type or Print Name: Barry M. Kazan
    OR
Signature of pro se litigant: _____
Type or Print Name: _____
(  ) I am a pro se litigant who is not an attorney.
(  ) I am an incarcerated pro se litigant.