## United States Court of Appeals for the Second Circuit
## Thurgood Marshall U.S. Courthouse
## 40 Foley Square
## New York, NY 10007

**DENNIS JACOBS**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: November 03, 2011
Docket #: 11-3639cv
Short Title: Software Freedom Conservancy, v. Best Buy Co., Inc.

DC Docket #: 09-cv-10155
DC Court: SDNY (NEW YORK CITY)
DC Judge: Scheindlin
Gorenstein

## NOTICE OF CASE MANAGER CHANGE

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8573.