# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Software Freedom Conservancy, Inc., et al. v. Best Buy Co., Inc., et al.   Docket No.: 11-3639

Lead Counsel of Record (name/firm) or Pro se Party (name):
Daniel B. Ravicher/Benjamin N. Cardozo School of Law

Appearance for (party/designation):
Software Freedom Conservancy, Inc. and Erik Andersen/Appellees

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✔) Correct
( ) Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
(✔) Correct
( ) Incorrect. The following parties do not wish to participate in this appeal:
    Parties: _____
( ) Incorrect. Please change the following parties' designations:
    Party                              Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
( ) Correct
( ) Incorrect or Incomplete, and should be amended as follows:

Name: Daniel B. Ravicher
Firm: Benjamin N. Cardozo School of Law
Address: 55 Fifth Avenue, New York, New York 10003
Telephone: (212) 790-0442        Fax: (212) 591-6038
Email: ravicher@gmail.com

## RELATED CASES

( ) This case has not been before this Court previously.
(✔) This case has been before this Court previously. The short title, docket number, and citation are:
Software Freedom Conservancy, Inc., et al. v. Best Buy Co., Inc., et al., 10-5290
( ) Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that (✔) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on 2010-07-14   OR that ( ) I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: _____
Type or Print Name: Daniel B. Ravicher
    OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.