# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 20th day of December, two thousand and eleven.

_____

SOFTWARE FREEDOM CONSERVANCY, INC., ERIK ANDERSEN,

    *Plaintiffs-Counters-Defendants-Appellees,*      **ORDER**

    v.      Docket No. 11-3639-cv

WESTINGHOUSE DIGITAL ELECTRONICS, LLC,

    *Defendant-Appellant.*

_____

The appellant filed a Notice of Appeal in the above-referenced matter. Appellant filed Form D on November 2, 2011, but failed to file a scheduling notification letter within 14 days of the filing, as required by Local Rule 31.2(a)(1)(A). Upon consideration thereof,

IT IS HEREBY ORDERED that, pursuant to Local Rule 31.2(a)(1)(A), appellant's brief and appendix must be filed on or before **January 30, 2012.** The appeal may be dismissed without further notice if appellants default in filing a brief.

    FOR THE COURT:
    CATHERINE O'HAGAN WOLFE, Clerk

