UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 5th day of January, two thousand and twelve,

_____

Software Freedom Conservancy, Inc.,

              v.                              **ORDER**
                                                  Docket Number: 11-3639

Best Buy Co., Inc.

_____

This Court's order directing a Pre-Argument Conference entered January 5, 2012 is hereby vacated.


                                              For the Court:
                                              Catherine O'Hagan Wolfe, Clerk

                                              By Lisa J. Greenberg Staff Counsel