UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 17th day of January, two thousand and twelve.

------------------------------------------------------------------x
SOFTWARE FREEDOM CONSERVANCY, INC. :
and ERIK ANDERSEN, : **STIPULATION**
:
: Docket No. 11-3639-cv
:
- against - :
:
:
BEST BUY CO., INC. :
------------------------------------------------------------------x

The undersigned counsel for the parties stipulate that the above-captioned case is withdrawn without prejudice without costs and without attorneys' fees pursuant to FRAP 42(b).

Dated: 1/17/12

THOMPSON HINE LLP

By: _____
Barry M. Kazan
335 Madison Avenue, 12th Floor
New York, New York 10017
Telephone: (212) 344-5680
Facsimile: (212) 344-6101
barry.kazan@thompsonhine.com

Attorneys for Westinghouse Digital LLC

Dated: 1/17/12

LAW OFFICES OF DANIEL B. RAVICHER

By: _____
Daniel B. Ravicher
1375 Broadway, Suite 600
New York, New York 10018
Telephone: (646) 470-2641
Facsimile: (212) 591-6038
ravicher@gmail.com

Attorneys for Software Freedom Conservancy, Inc.