UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 23rd day of March, two thousand and twelve.

-----------------------------------------------------------------x
SOFTWARE FREEDOM CONSERVANCY, INC.     :
and ERIK ANDERSEN,                     :             **STIPULATION**
                                       :
                                       :             Docket No. 11-3639-cv
                                       :
        - against -                    :
                                       :
                                       :
BEST BUY CO., INC.                     :
-----------------------------------------------------------------x

The undersigned counsel for the parties stipulate that the above-captioned case is withdrawn with prejudice without costs and without attorneys' fees pursuant to FRAP 42(b).

Dated: March 23, 2012         THOMPSON HINE LLP

                              By:_____
                                  Barry M. Kazan
                              335 Madison Avenue, 12th Floor
                              New York, New York 10017
                              Telephone: (212) 344-5680
                              Facsimile: (212) 344-6101
                              barry.kazan@thompsonhine.com

                              Attorneys for Westinghouse Digital LLC

Dated: March 23, 2012         LAW OFFICES OF DANIEL B. RAVICHER

                              By:_____
                                  Daniel B. Ravicher
                              1375 Broadway, Suite 600
                              New York, New York 10018
                              Telephone: (646) 470-2641
                              Facsimile: (212) 591-6038
                              ravicher@gmail.com

                              Attorneys for Software Freedom Conservancy, Inc.