**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DENNIS JACOBS**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |

Date: March 26, 2012                            DC Docket #: 09-cv-10155
Docket #: 11-3639cv                             DC Court: SDNY (NEW YORK CITY)
Short Title: Software Freedom Conservancy, v. Best   DC Judge: Scheindlin
Buy Co., Inc.                                   Gorenstein

**NOTICE OF CASE MANAGER CHANGE**

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to . 212-857-8650