**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 26th day of March, two thousand and twelve,

Software Freedom Conservancy, Inc., Erik Andersen,

Plaintiff-Counter-Defendant - Appellees,

v.

Best Buy Co., Inc.,

Defendant-Counter-Claimant,

Samsung Electronics America, Inc., JVC Americas Corporation, Western Digital Technologies, Inc., Robert Bosch LLC, Phoebe Micro, Inc., Humax USA Inc., Comtred Corporation, Dobbs-Stanford Corporation, Versa Technology Inc., ZYXEL Communications Inc., Astak Inc., GCI Technologies Corporation, Western Digital Corporation,

Defendants,

Westinghouse Digital Electronics, LLC,

Defendant - Appellant.

ORDER

Docket Number: 11-3639

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 03/26/2012